FILED
CLERK, U.S. DISTRICT COURT

10/15/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IV _____ DEPUTY

1  **GARCIA & ARTIGLIERE**
**Stephen M. Garcia, State Bar No. 123338**
2  **Matthew M. Coman, La. State Bar No. 23613 (Pro Hac Vice)**
**edocs@lawgarcia.com**
3  **One World Trade Center, Suite 1950**
**Long Beach, California 90831**
4  **Telephone: (562) 216-5270**
**Facsimile: (562) 216-5271**
5
Attorneys for Relators
6

7

8                    **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9

10  UNITED STATES OF AMERICA, STATE OF      CASE    NO.:    2:20-cv-06697-MWF-MAA
CALIFORNIA, EX REL., [UNDER SEAL],        *SEALED*
11
12              Plaintiffs,               **COMPLAINT FOR VIOLATION OF THE**
**FEDERAL FALSE CLAIMS ACT [31 U.S.C.**
13                                        **§3729  ET  SEQ.];  AND  CALIFORNIA**
vs.                       **FALSE CLAIMS ACT [CAL. GOV. CODE**
14                                        **§12650 ET SEQ.]**
15  [UNDER SEAL],
**[DEMAND FOR JURY TRIAL]**
16              Defendants.               **[DO NOT SERVE]**

17                                        **[FILED IN CAMERA AND UNDER SEAL**
**PURSUANT TO 31 U.S.C. § 3730(B)(2)]**
18

19

20

21

22

23

24

25

26

27

28

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

1  **GARCIA & ARTIGLIERE**
   **Stephen M. Garcia, State Bar No. 123338**
2  **Matthew M. Coman, La. State Bar No. 23613 (Pro Hac Vice)**
   **edocs@lawgarcia.com**
3  **One World Trade Center, Suite 1950**
   **Long Beach, California  90831**
4  **Telephone:    (562) 216-5270**
   **Facsimile:    (562) 216-5271**
5
   Attorneys for Relators
6

7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, EX REL. MICHAEL WASSERMAN, M.D. AND AARON ROBIN, | **CASE   NO.:    2:20-cv-06697-MWF-MAA *SEALED*** |
| Plaintiffs, | **COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.]; AND CALIFORNIA FALSE CLAIMS ACT [CAL. GOV. CODE §12650 ET SEQ.]** |
| vs. | |
| SHLOMO   RECHNITZ;   ROCKPORT ADMINISTRATIVE SERVICES, LLC  and Does 1-10, inclusive, | **[DEMAND FOR JURY TRIAL] [DO NOT SERVE]** |
| Defendants. | **[IN CAMERA AND UNDER SEAL]** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA  90831
TELEPHONE  (562) 216-5270 • FACSIMILE (562) 216-5271

**COMPLAINT**

## I. INTRODUCTION

1. Plaintiff-Relators MICHAEL WASSERMAN, M.D. and AARON ROBIN ("Relators"), on their own behalf and on behalf of the United States and the State of California, bring this False Claims Act ("FCA" or "Qui Tam") action against Defendants SHLOMO RECHNITZ and ROCKPORT ADMINISTRATIVE SERVICES, LLC ("ROCKPORT") ("DEFENDANTS") to recover treble damages, civil penalties, attorneys' fees and costs on behalf of the United States of America and the State of California. Relators have direct and independent knowledge of the information on which the allegations contained in this Complaint are based. This action arises from DEFENDANTS' scheme to defraud government health care programs at federal and state levels in excess of $500,000,000.

2. Relators bring this action against the DEFENDANTS pursuant to the United States False Claims Act, 31 U.S.C. § 3729, et seq. ("FCA") and the California False Claims Act, Cal Gov. Code § 12651, et seq. ("California FCA"). Relators seek civil penalties, treble damages, attorneys' fees, declaratory relief, and injunctive relief as is available under the FCA and California FCA. Pursuant to the federal and state statutes listed above, Relators have provided the statutorily-required disclosure materials to the appropriate federal and state governmental authorities.

3. At all times relevant hereto, SHLOMO RECHNITZ owned or had ownership interests in as many as 74 or more facilities ("Facilities"), which paid management and administrative services fees to ROCKPORT purportedly for management and administrative services pursuant to administrative services agreements. In addition and at the same time, SHLOMO RECHNITZ exerted complete control over ROCKPORT through "straw" or "nominee" owners in that SHLOMO RECHNITZ possessed and continues to possess the power, directly or indirectly, significantly to influence or direct and influence the actions or policies of ROCKPORT. As a result of his complete

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

control of ROCKPORT, SHLOMO RECHNITZ and his Facilities were "related parties" of ROCKPORT pursuant to 42 C.F.R. § 413.17, and this relationship was required to be disclosed to the State of California as part of its cost containment efforts in setting Medi-Cal reimbursement rates. However, at all times relevant hereto, _none_ of the Facilities owned or partially owned by SHLOMO RECHNITZ ever disclosed this relationship in their cost reports submitted to the State of California as required by law. The State of California utilized these reports to determine the Facilities' facility-specific Medi-Cal per diem reimbursement rates. The State of California receives significant funding from the federal government for its Medi-Cal program.

4.    By failing to disclose that ROCKPORT was and remains a related party to SHLOMO RECHNITZ, DEFENDANTS were able to and did artificially inflate the costs of ROCKPORT'S administrative services to SHLOMO RECHNITZ'S Facilities without being subject, as they should have been, to the allowable cost constraints that are applicable to related party transactions mandated by 42 C.F.R. § 413.17. In turn, DEFENDANTS fraudulently and illegally increased the Medi-Cal reimbursement rates that SHLOMO RECHNITZ'S Facilities received, resulting in DEFENDANTS defrauding the United States, the State of California, and respective taxpayers out of millions and millions of dollars on an annual basis that began in or near since the inception of ROCKPORT ADMINISTRATIVE SERVICES, LLC on or about April 19, 2010 and continues to the present.

5.    As a result, the costs that ROCKPORT charged and continues to charge the Facilities were well above the industry standard and, thus, illegal and in direct violation of 42 C.F.R. § 413.17, which states that allowable costs of related parties **must not exceed the price of comparable services, facilities, or supplies that could be purchased elsewhere.** 42 C.F.R. § 413.17(a) (emphasis added). In concealing that ROCKPORT was and remains a "related party" to SHLOMO RECHNITZ and charged and continues to charge ROCKPORT costs to the Facilities well above the industry standard, the DEFENDANTS have illegally increased the Medi-Cal reimbursement rates for

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

DEFENDANTS' facilities, thereby illegally defrauding the United States and the State of California out of millions and millions of dollars every year.

6.    In addition to the DEFENDANTS charging management fees in contravention of federal and state law and in amount artificially inflated to further garner fraudulent profits, DEFENDANTS utilize a system referred to as "sublets" whereby DEFENDANTS lease either land for its facilities or "beds" from unrelated landlords before then creating "sublet" accounts to fraudulently charge and pass on lease prices several times that actual cost of the leases and "beds."  As a result, DEFENDANTS fraudulently garner millions in unjustified and unwarranted profits from the leasing scheme.

7.    This scheme to defraud began in or near 2010, continuing through 2018, and, upon information an belief, continuing to the present.

8.    This action calls Defendants to answer for defrauding the United States and the taxpayers in the United States and the State of California and taxpayers in the State of California and also compromising the health and welfare of Medicare and Medicaid beneficiaries.

## II. JURISDICTION AND VENUE

9.    This Court has subject matter jurisdiction to adjudicate this action under 31 U.S.C. §3732(a); 3730(b) and 28 U.S.C. §1331 because the civil action rises under the laws of the United States and has pendent jurisdiction over this case for the claims brought on behalf of the State of California arising from the same transactions and occurrences as the claims brought on behalf of the United States pursuant to Cal Gov. Code § 12651, et seq.

10.    This Court has personal jurisdiction over the DEFENDANTS pursuant to 31 U.S.C. §3732(a) because the DEFENDANTS transact and have transacted business in this District and because DEFENDANTS committed acts with this District that violated 31 U.S.C. §3729.

11.    Relators are the original sources of the information upon which the allegations in this

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

Complaint are based.  Under 31 U.S.C. §3730(e), there has been no statutorily relevant public disclosure of the "allegations or transactions" in this Complaint.

12.    Relators have voluntarily disclosed to the United States and the State of California substantially all material evidence and information which the Relators possess in accordance with 31 U.S.C. § 3730(b)(2).

13.    Venue is proper in the Central District of California pursuant to 31 U.S.C. § 3732(a) because one or more DEFENDANTS can be found, reside in, or have transacted the business that is the subject matter of this lawsuit in the Central District of California.

### III. <u>THE FEDERAL FALSE CLAIMS ACT</u>

12.    The FCA provides, in pertinent part, that any person who:

(A)    knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; [or]

(B)    knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; [or]

(C)    conspires to commit a violation  . . .

\* \* \*

is liable to the United States Government for a civil penalty of not less than 5,000 and not more than $10,000 . . . plus 3 times the amount of damages which the Government sustains because of the act of that person.

31 U.S.C. § 3729(a)(1)(A)-(C).

14.    The FCA further provides that "knowing" and "knowingly":

(A)    mean that a person, with respect to information-

(i)    has actual knowledge of the information;

(ii)    acts in deliberate ignorance of the truth or falsity of the information; or

(iii)    acts in reckless disregard of the truth or falsity of the information; and

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

(B)    requires no proof of specific intent to defraud[.]

31 U.S.C. § 3729(b)(1).

## IV. THE CALIFORNIA FALSE CLAIMS ACT

15.    The California False Claims Act, Cal Gov. Code § 12651, et seq., modeled on the FCA, provides a mechanism for the State of California to recover money paid on claims for payment that are false and fraudulent.  Specifically, the California False Claims Act, § 12651(a) provides penalties and damages for any person who:

> (1) Knowingly presents or causes to be presented a false or fraudulent claim for payment or approval.
>
> (2) Knowingly makes, uses, or causes to be made or used a false record or statement material to a false or fraudulent claim.
>
> (3) Conspires to commit a violation of this subdivision.

Cal Gov. Code § 12651(a)(1)-(3).

## V. PARTIES

16.    Defendant SHLOMO RECHNITZ is an individual who is a resident and citizen of the State of California, and the owner or major shareholder of more than 80 skilled nursing facilities in the State of California, as many as 74 of which entered into administrative services agreements with ROCKPORT and paid management and administrative services fees to ROCKPORT (hereinafter the skilled nursing facilities in which SHLOMO RECHNITZ had an ownership interest and which paid ROCKPORT for services shall be referred to collectively as "the Facilities").  In addition, at all times relevant hereto, SHLOMO RECHNITZ exerted complete control over ROCKPORT in that SHLOMO RECHNITZ had and has the power, directly or indirectly, significantly to influence or direct the actions or policies of ROCKPORT, as further detailed below.  As further detailed below, SHLOMO RECHNITZ engaged in a pattern of fraudulent conduct, which encouraged, enabled, and caused

6

DEFENDANTS to defraud Medicare and Medi-Cal. The practices described herein were performed by SHLOMO RECHNITZ in this district and throughout the State of California.

17.     Defendant ROCKPORT is a California limited liability company organized pursuant to California law with its principal place of business located in California, and is therefore a citizen of California. ROCKPORT provided and continues to provide administrative and management services to many skilled nursing facilities owned by SHLOMO RECHNITZ and his Facilities pursuant to administrative services agreements between ROCKPORT and the Facilities. SHLOMO RECHNITZ exerts complete control over ROCKPORT as more specifically alleged herein below.

18.     Relators are ignorant of the names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and therefore sue such Defendants by fictitious names. Relators will amend this Complaint to allege the true names and capacities of the fictitiously named Defendants once ascertained. Relators are informed and believes that Defendant Does 1 through 10, inclusive, are in some manner responsible for the actions alleged herein.

19.     Relator Michael Wasserman, M.D. ("MICHAEL WASSERMAN"), a citizen of California, was Chief Executive Officer ("CEO") of ROCKPORT from August 21, 2017, to November 6, 2018. Due to his position as CEO of ROCKPORT, Relator has acquired direct and independent knowledge of the facts alleged herein.

20.     Relator Aaron Robin ("AARON ROBIN"), a citizen of California, was Chief Operating Officer ("COO") of ROCKPORT from 2010 through and including September 18, 2018. Due to his position as COO of ROCKPORT, Relator has acquired direct and independent knowledge of the facts alleged herein.

21.     The United States and State of California are plaintiffs in this action, which is brought to recover unwarranted and unjustified expenditures that were caused by false and fraudulent statements and claims committed by DEFENDANTS.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

# VI. GENERAL ALLEGATIONS AND FACTS

*A. Medicare and Medicaid Health Care Benefit Programs*

22.     In 1965, Congress enacted Title XVIII of the Social Security Act, which established the Medicare Program to provide health insurance for the elderly and disabled. Medicare is a health insurance program for: people age 65 or older; people under age 65 with certain disabilities; and people of all ages with end-stage renal disease (permanent kidney failure requiring dialysis or a kidney transplant).

23.     Medicare has two parts: Part A, the Basic Plan of Hospital Insurance; and Part B, which covers physicians' services and certain other medical services not covered by Part A. Medicare Part A (Hospital Insurance) helps cover inpatient care in hospitals, including critical access hospitals, and skilled nursing facilities (not custodial or long-term care). Medicare Part A also helps cover hospice care and some home health care. Medicare Part B (Medical Insurance) helps cover doctors' services and outpatient care. It also covers some other medical services that Part A dos not cover (*i.e.*, physical and occupational therapist services, etc.). Part B helps pay for covered health services and supplies when they are medically necessary.

24.     Payments from the Medicare Program come from a trust fund - known as the Medicare Trust Fund - which is funded through payroll deductions taken from the work force, in addition to government contributions. Over the last 40 years, the Medicare Program has enabled the elderly and disabled to obtain necessary medical services from medical providers throughout the United States.

25.     The Medicare Program is administered through the United States Department of Health and Human Services ("HHS") and, specifically, the Centers for Medicare and Medicaid Services ("CMS"), an agency of HHS. Much of the daily administration and operation of the Medicare Program is managed through private insurers under contract with the federal government (particularly CMS).

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEO.] ET AL.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

26.    Under Medicare Part A, contractors serve as "fiscal intermediaries," administering Medicare in accordance with rules developed by the Health Care Financing Administration ("HCFA"), now known as the Centers for Medicare and Medicaid Services ("CMS"). Under Medicare Part B, the federal government contracts with insurance companies and other organizations known as "carriers" to handle payment for physicians' services in specific geographic areas. These private insurance companies, or "Medicare Carriers," are charged with and responsible for accepting Medicare claims, determining coverage, and making payments from the Medicare Trust Fund. The principal function of both intermediaries and carriers is to make and audit payments for Medicare services to assure that federal funds are spent properly. To participate in Medicare, providers must assure that their services are provided economically and only when, and to the extent they are medically necessary. Medicare will only reimburse costs for medical services that are needed for the prevention, diagnosis, or treatment of a specific illness or injury.

27.    Medicaid is a joint federal-state program that provides medical assistance to certain low-income people who are either indigent or disabled, including, *inter alia*, low-income residents of nursing facilities. Medicaid was created in 1965 by Title XIX ("Grants to States for Medical Assistance Programs") of the Social Security Act (Public Law 89-97). *See* Title 42 of the U.S. Code of Federal Regulations ("CFR"), Parts 430-456. The federal portion of each state's Medicaid payments are based on the state's per capita income compared to the national average. 42 U.S.C. § 1396d(b). The United States pays to the states the statutorily-established share of the "[t]otal amount expended . . . as medical assistance under the State plan." 42 U.S.C. § 1396b(a)(1). In the State of California, the Medicaid program is known as "Medi-Cal." Funding for Medicaid is shared between the federal government and those states that participate in the program with the federal government paying approximately one half of the Medicaid bill and the State paying the other half. Primary regulatory control of Medicaid programs is, however, left to the states. Consequently, the procedures

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-3270 • FACSIMILE (562) 216-5271

9

for obtaining reimbursements and the amount of reimbursement vary between the states.  The State of California has a flat daily Medicaid reimbursement rate, subject to the resident's "share of cost."

28.     However, in order to receive federal matching funds, a state Medicaid program must meet certain minimum coverage and eligibility standards.  A state must provide Medicaid coverage to needy individuals and families in five broad groups: pregnant women; children and teenagers; seniors; people with disabilities; and people who are blind.  In addition, the state Medicaid program must provide medical assistance for certain basic services, including inpatient and outpatient hospital services.

29.     The complexity and financial magnitude of federal and state health care programs, including the Medicare and Medicaid programs, create the incentive and opportunity for pervasive fraud and abuse.

**B. Medi-Cal Reimbursement System**

30.     The Long Term Care ("LTC") Reimbursement Unit of the California Department of Health Care Services ("DHCS") conducts the annual study to develop the Medi-Cal rates for a variety of long-term care providers.  This study serves as the basis for Medi-Cal reimbursements of Nursing Facilities including Nursing Facility - Level A ("NF-A") and Freestanding Nursing Facility – Level B ("NF-B").  The Medi-Cal LTC reimbursement rates are established under the authority of Title XIX of the federal Social Security Act.   The specific methodology is described in the State Plan, a document prepared by the Department staff which requires approval by the Centers for Medicare and Medicaid Services ("CMS").

31.     Section 4.19(d) of the California State Plan governs Medi-Cal reimbursement payments for skilled nursing and intermediate care facility services and specifically states that "Attachment 4.19-D describes the methods and standards used to determine the rates for payment for skilled nursing and intermediate care facility services."   In turn, Attachment 4.19-D of the State Plan

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

10

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

provides, in relevant part:

> The purpose of this State Plan is to (1) establish the principles of the State of California's reimbursement system for providers of long-term care services to assure compliance with the requirements of Title XIX of the Federal Social Security Act and the Code of Federal Regulations, and (2) describe the procedures to be followed by the single State agency, the Department of Health Services (herein called the Department), in determining long-term care reimbursement rates.

> Beginning with the 2005/06 rate year, the reimbursement rate methodology applicable to long-term care freestanding nursing facilities level-B and subacute facilities is described in Supplement 4 to Attachment 4.19-D. Assembly Bill (AB) 1629 (Statutes 2004, Chapter 875) mandates a facility-specific reimbursement methodology to be effective on August 1, 2005. Subsequent legislation extended the current rate methodology established by AB 1629. Pursuant to AB 119 (Statutes 2015, Chapter 17), the rate methodology was extended to July 31, 2020. Therefore, the rate methodology in effect as of July 31, 2005, continues to be described in Attachment 4.19-D, Pages 1 through 22 of this State Plan.

32.    Supplement 4 to Attachment 4.19-D, which describes the facility-specific reimbursement methodology, provides in relevant part: "AB 1629 establishes the Medi-Cal Long-Term Care Reimbursement Act, which mandates a facility-specific rate-setting methodology … [and] requires the Department to develop and implement a MediCal cost-based facility-specific reimbursement rate methodology for Medi-Cal participating FS/NFBs, including FS/NF-Bs with subacute care beds." The specific method for establishing the reimbursement rate is set forth at Section V of Supplement 4, which provides, in relevant part:

> V. Methods and Standards for Establishing FS/NF-B Reimbursement Rates

> A. Effective August 1, 2005, a FS/NF-B's actual reimbursement rate (per diem payment) is the amount the Department will reimburse to a FS/NF-B for services rendered to an eligible resident for one resident day. The per diem payment is calculated prospectively on a facility-specific basis using facility-specific data from the FS/NF-B's most recent cost report period (audited or adjusted), supplemental schedules, and other data determined necessary by the Department.

> B. The prospective per diem payment for each FS/NF-B is computed on a per resident day basis. For the rate year beginning August 1, 2010, and for subsequent years, professional liability insurance costs are included as a major cost category. The per diem payment is comprised of the following major cost categories:
> 1. labor costs
> 2. indirect care non-labor costs
> 3. **administrative costs**

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEO.] ET AL.

4. professional liability insurance costs
5. capital costs
6. direct pass-through costs.

Payment for FS/NF-Bs will be based on facility-specific cost-based reimbursement rates consisting of the major cost categories, and determined as described in the following Section V.C. of this Supplement.

Section V of Supplement 4 (emphasis added).

### C. Limited Allowable Costs of Related Party Transactions

33.    Federal law, specifically 42 C.F.R. § 413.17, directs how Medicare, and in turn, Medicaid, treat allowable costs for "related organizations" of providers such as DEFENDANTS' skilled nursing facilities, and essentially limits the allowable costs that a related party may charge a provider, such as each of DEFENDANTS' Facilities.  This limitation of allowable costs charged by related parties applies as "administrative costs" are one of the factors in determining the per diem Medi-Cal reimbursement rate for nursing facilities as more fully alleged hereinabove in Section IV.B. Specifically, 42 C.F.R. § 413.17 provides in relevant part:

(a) Principle.  Except as provided in paragraph (d) of this section, costs applicable to services, facilities, and supplies furnished to the provider by organizations related to the provider by common ownership or control are includable in the allowable cost of the provider at the cost to the related organization. **However, such cost must not exceed the price of comparable services, facilities, or supplies that could be purchased elsewhere**.

(b) Definitions –

(1) Related to the provider. Related to the provider means that the provider to a significant extent is associated or affiliated with or has control of or is controlled by the organization furnishing the services, facilities, or supplies.

(2) Common ownership. Common ownership exists if an individual or individuals possess significant ownership or equity in the provider and the institution or organization serving the provider.

(3) Control. **Control exists if an individual or an organization has the power, directly or indirectly, significantly to influence or direct the actions or policies of an organization or institution**.

(c) Application.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

12

(1) Individuals and organizations associate with others for various reasons and by various means. Some deem it appropriate to do so to assure a steady flow of supplies or services, to reduce competition, to gain a tax advantage, to extend influence, and for other reasons. These goals may be accomplished by means of ownership or control, by financial assistance, by management assistance, and other ways.

(2) **If the provider obtains items of services, facilities, or supplies from an organization, even though it is a separate legal entity, and the organization is owned or controlled by the owner(s) of the provider, in effect the items are obtained from itself**.  An example would be a corporation building a hospital or a nursing home and then leasing it to another corporation controlled by the owner. Therefore, reimbursable cost should include the costs for these items at the cost to the supplying organization.  **However, if the price in the open market for comparable services, facilities, or supplies is lower than the cost to the supplier, the allowable cost to the provider may not exceed the market price**.

42 C.F.R. § 413.17 (emphasis added.)

34.     CMS provides guidance on this regulation in the Provider Reimbursement Manual ("PRM") 15-1.  Specifically, § 1000 reiterates the regulatory criteria of 42 C.F.R. § 413.17(a) - that although the costs which related organizations furnish are includable in the provider's allowable costs, **those costs cannot exceed the price of comparable services that could be purchased elsewhere**. CMS explained that the purpose of this principle is two-fold: (1) to **avoid the payment of a profit factor to the provider through the related organization** (whether related by common ownership or control); and (2) to avoid payment of **artificially inflated costs** which may be generated from **less than arm's-length bargaining**.  The manual, at § 1004.3, defines the term "control" as follows: "The term **'control' includes any kind of control, whether or not it is legally enforceable and however it is exercisable or exercised**.  It is the reality of the control which is decisive, not its form or the mode of its exercise."  Provider Reimbursement Manual ("PRM") 15-1 (emphasis added).

### D. Shlomo Rechnitz's Scheme to Defraud Medi-Cal and Medicare by Failing to Disclose Rockport as a "Related Party" in Cost Reports

35.     At times relevant hereto, SHLOMO RECHNITZ owned or had ownership interests in as many as 74 facilities, which paid management and administrative services fees to ROCKPORT

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

purportedly for management and administrative services pursuant to administrative services agreements. In addition, at all times relevant hereto, SHLOMO RECHNITZ exerted complete control over ROCKPORT in that SHLOMO RECHNITZ possessed and continues to possess the power, directly or indirectly, significantly to influence or direct the actions or policies of ROCKPORT, as further detailed below. However, at all times relevant hereto, _none_ of the Facilities wholly owned or partially owned by SHLOMO RECHNITZ disclosed in their cost reports submitted to the State of California, which California utilized to determine the Facilities' facility-specific Medi-Cal per diem reimbursement rates, that ROCKPORT was a "related party" as defined by 42 C.F.R. § 413.17.

36.     By failing to disclose that ROCKPORT is a related party to SHLOMO RECHNITZ, DEFENDANTS were able to and did **artificially inflate the costs** of ROCKPORT'S administrative services to SHLOMO RECHNITZ'S Facilities without being subject, as they should have been, to the allowable cost constraints that are applicable to related party transactions as mandated by 42 C.F.R. § 413.17, thereby fraudulently and illegally increasing the Medi-Cal reimbursement rates that SHLOMO RECHNITZ'S Facilities receive, which resulted in DEFENDANTS illegally defrauding the United States, the State of California, and the respective taxpayers out of millions and millions of dollars on an annual basis.

37.     DEFENDANTS, through ROCKPORT, charged the Facilities owned by SHLOMO RECHNITZ **millions of dollars above the industry standard**, even though ROCKPORT was and remains a "related party" to SHLOMO RECHNITZ because SHLOMO RECHNITZ exerts complete control over ROCKPORT as specifically detailed herein. Accordingly, the costs that DEFENDANTS, through ROCKPORT, charged and continue to charge the Facilities owned by SHLOMO RECHNITZ are well above the industry standard and are illegal and in direct violation of 42 C.F.R. § 413.17 (allowable costs **"must not exceed the price of comparable services, facilities, or supplies that could be purchased elsewhere."**). In concealing that ROCKPORT is a "related party" to SHLOMO

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

14

RECHNITZ and charging ROCKPORT costs to the Facilities well above industry standard, the DEFENDANTS illegally and artificially increased the Medi-Cal reimbursement rates for DEFENDANTS' facilities, thereby defrauding the United States and the State of California out of millions and millions of dollars.

38.    In addition to the DEFENDANTS charging management fees in contravention of federal and state law and in amount artificially inflated to further garner fraudulent profits, DEFENDANTS utilize a system referred to as "sublets" whereby DEFENDANTS lease either land for its facilities or "beds" from unrelated landlords before then creating "sublet" accounts to fraudulently charge and pass on lease prices several times that actual cost of the leases and "beds." As a result, DEFENDANTS fraudulently garner millions in unjustified and unwarranted profits from the leasing scheme.

**E. Shlomo Rechnitz's Complete Control of Rockport - Michael Wasserman's Tenure as CEO**

39.    From August 21, 2017 to November 6, 2018, as the CEO of Rockport Healthcare Services, MICHAEL WASSERMAN struggled unsuccessfully with SHLOMO RECHNITZ for control of ROCKPORT. Eventually, MICHAEL WASSERMAN resigned after he came to fully realize that SHLOMO RECHNITZ had complete control of ROCKPORT despite the fact that, ostensibly to the outside world, SHLOMO RECHNITZ supposedly had no ownership in, controlling interest in, or position with, ROCKPORT.

40.    MICHAEL WASSERMAN specifically alleges that SHLOMO RECHNITZ'S direct and complete control of ROCKPORT occurred in three main ways: (1) through SHLOMO RECHNITZ'S direct orders and mandates to ROCKPORT employees at various levels of the organization, often without the knowledge of MICHAEL WASSERMAN or any of the other upper management of ROCKPORT save for the specific ROCKPORT employee to which SHLOMO RECHNITZ was giving the directive; (2) directly through Steven Stroll, the "straw owner" and

Chairman of ROCKPORT, and also SHLOMO RECHNITZ'S personal accountant; and (3) through

David Weldler, SHLOMO RECHNITZ'S personal financial advisor.

41.    MICHAEL WASSERMAN first became familiar with ROCKPORT when he worked at the Health Services Advisory Group ("HSAG"), the Quality Improvement Organization for California, where he was the Director of Nursing Homes. The California Department of Public Health told HSAG that ROCKPORT was one of their "greatest concerns." HSAG developed some programs with ROCKPORT, and MICHAEL WASSERMAN personally spent time focusing on their facilities in Humboldt County. In October 2016, MICHAEL WASSERMAN left HSAG.

42.    In December 2016, Vince Hambright, the former CEO of ROCKPORT, invited MICHAEL WASSERMAN to meet SHLOMO RECHNITZ at SHLOMO RECHNITZ'S home. At that meeting, SHLOMO RECHNITZ personally offered MICHAEL WASSERMAN the position of Chief Medical Officer of ROCKPORT. In response, MICHAEL WASSERMAN initially resisted SHLOMO RECHNITZ'S offer. SHLOMO RECHNITZ persisted and encouraged MICHAEL WASSERMAN to "give it a try."

43.    In turn, in January 2017, MICHAEL WASSERMAN accepted a part-time role as the CMO of ROCKPORT. In personally hiring MICHAEL WASSERMAN as the CMO, SHLOMO RECHNITZ exerted control over ROCKPORT, exhibiting the power significantly to influence or direct the actions or policies of ROCKPORT.

44.    In August 2017, SHLOMO RECHNITZ called MICHAEL WASSERMAN to tell him that Vince Hambright was no longer the CEO of ROCKPORT. SHLOMO RECHNITZ then offered MICHAEL WASSERMAN the position as ROCKPORT'S CEO.

45.    Shortly thereafter, MICHAEL WASSERMAN met with SHLOMO RECHNITZ. At that meeting, MICHAEL WASSERMAN expressed his concern of being a figurehead at ROCKPORT. MICHAEL WASSERMAN also asked SHLOMO RECHNITZ about the "owner" of

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

16

1   ROCKPORT, Steven Stroll.  SHLOMO RECHNITZ told MICHAEL WASSERMAN "not to worry

2   about him."  SHLOMO RECHNITZ explained that Steven Stroll moved to Israel and was not really

3   engaged with ROCKPORT'S day to day operations.  Based on SHLOMO RECHNITZ'S assurances

4   that he would not be merely a figurehead, MICHAEL WASSERMAN accepted the position of CEO

5   of ROCKPORT, which SHLOMO RECHNITZ personally offered him.  Again, in personally hiring

6   the CEO of ROCKPORT, SHLOMO RECHNITZ exerted control over ROCKPORT, exhibiting the

7   power significantly to influence or direct the actions or policies of ROCKPORT.

8

9       46.    MICHAEL WASSERMAN has dedicated his life to improving the lives of older

10  adults.  During the following 14-month period as ROCKPORT'S CEO, MICHAEL WASSERMAN

11  attempted to increase the care and treatment of elderly residents at the Facilities; however, SHLOMO

12  RECHNITZ continued to exert control over ROCKPORT despite not holding any title and ostensibly

13  not being an owner.

14

15      47.    Specifically, on August 21, 2017, MICHAEL WASSERMAN became ROCKPORT'S

16  CEO.  Upon taking that position, MICHAEL WASSERMAN immediately had a meeting at

17  SHLOMO RECHNITZ'S house with Wayne Sanner and AARON ROBIN (both Chief Operating

18  Officers for ROCKPORT), Alan Ma (the Chief Financial Officer for ROCKPORT), David Welder

19  ("Welder") (SHLOMO RECHNITZ'S personal financial advisor).  There, SHLOMO RECHNITZ

20  declared that he was "bringing David Welder on board" to apparently represent SHLOMO

21  RECHNITZ'S financial interests.  In fact, SHLOMO RECHNITZ actually discussed the potential of

22  appointing Welder as President of ROCKPORT.  SHLOMO RECHNITZ also discussed forming a

23  Board of Directors at ROCKPORT.

24

25      48.    Thereafter, SHLOMO RECHNITZ utilized Weldler as his "eyes and ears" at

26  ROCKPORT during MICHAEL WASSERMAN'S tenure as ROCKPORT'S CEO.  Notably, Weldler

27  personally took an office two (2) doors from MICHAEL WASSERMAN, despite holding no formal

28

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-3270 • FACSIMILE (562) 216-5271

17

position at ROCKPORT.

49.      SHLOMO RECHNITZ also exerted control over ROCKPORT'S financial concerns by restricting access to standard financial documents, including preventing Alan Ma, ROCKPORT'S CFO, from reviewing ROCKPORT'S Profit and Loss Statements.

50.      SHLOMO RECHNITZ also exerted control of ROCKPORT by directing the actions of numerous ROCKPORT staff relating to a variety of operational issues, often without the knowledge of MICHAEL WASSERMAN at the time of the direction. MICHAEL WASSERMAN would only then learn of SHLOMO RECHNITZ'S direction of ROCKPORT officers and employees after the fact.

51.      During MICHAEL WASSERMAN'S tenure as ROCKPORT'S CEO, SHLOMO RECHNITZ met regularly with MICHAEL WASSERMAN to discuss a variety of ROCKPORT business. All while engaging in these communications, SHLOMO RECHNITZ directed others at ROCKPORT on a myriad of issues.

52.      As yet another example of SHLOMO RECHNITZ'S control over ROCKPORT, SHLOMO RECHNITZ regularly communicated with Star Choy, a ROCKPORT employee who ostensibly reported to Alan Ma, ROCKPORT'S CFO. had monthly telephone calls with the NHA's without the participation of MICHAEL WASSERMAN.

53.      In mid-2018, as another prime example of SHLOMO RECHNITZ'S control over ROCKPORT, SHLOMO RECHNITZ began hiring nursing staff from Puerto Rico and Louisiana to work through ROCKPORT in California.

54.      Relator AARON ROBIN filled the role of one of ROCKPORT'S Chief Operating Officers. During the first several months of MICHAEL WASSERMAN'S tenure, he had relatively limited interactions with AARON ROBIN. However, AARON ROBIN maintained constant interaction with SHLOMO RECHNITZ concerning ROCKPORT operations.

55.      In mid-September 2018, SHLOMO RECHNITZ called MICHAEL WASSERMAN

18

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

where SHLOMO RECHNITZ ordered MICHAEL WASSERMAN to terminate AARON ROBIN, ROCKPORT.   In turn and at SHLOMO RECHNITZ'S direction, MICHAEL WASSERMAN terminated AARON ROBIN as ROCKPORT'S COO.

56.    In October 2018, ROCKPORT hired a Chief Purchasing Officer, Misty Monroe, who had been identified and interviewed by David Welder, SHLOMO RECHNITZ'S personal financial advisor.  Upon Misty Monroe becoming a ROCKPORT employee, David Weldler told MICHAEL WASSERMAN that she would be reporting to David Weldler pursuant to SHLOMO RECHNITZ'S orders.

57.    In late October 2018, SHLOMO RECHNITZ called MICHAEL WASSERMAN to arrange a meeting that same afternoon at SHLOMO RECHNITZ'S home office with members of the ROCKPORT executive team.  At this meeting, SHLOMO RECHNITZ informed those present that he intended on dismantling the ROCKPORT'S Quality Management Consultant structure and move those ROCKPORT employees into positions at SHLOMO RECHNITZ'S Facilities.

58.    On November 6, 2018, MICHAEL WASSERMAN resigned from ROCKPORT.

59.    SHLOMO RECHNITZ again exhibited his control over ROCKPORT when he replaced MICHAEL WASSERMAN as ROCKPORT'S CEO with David Silver, one of SHLOMO RECHNITZ'S longtime associates.

60.    Despite SHLOMO RECHNITZ exerting clear and persistent control over ROCKPORT, shockingly, SHLOMO RECHNITZ falsely testified at an Administrative Proceeding in 2018 that he had no direct control over ROCKPORT.

61.    SHLOMO RECHNITZ exerts complete control over ROCKPORT, which impacts Medicare and Medicaid reimbursements through the cost reporting process as detailed herein.

62.    In addition to exerting complete control over ROCKPORT through verbal mandates to MICHAEL WASSERMAN, AARON ROBIN, and other ROCKPORT executives during meetings in

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

19

GARCIA & ARTIGLIERE

ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

SHLOMO RECHNITZ'S living room and home office, SHLOMO RECHNITZ also directed ROCKPORT'S operations and exerted complete control over it through regular text messages and e-mails to ROCKPORT executives and employees, including MICHAEL WASSERMAN and AARON ROBIN.  Moreover, other high ranking ROCKPORT executives also repeatedly acknowledged SHLOMO RECHNITZ'S complete control of ROCKPORT in countless texts and emails.

63.    For instance, on June 12, 2019, MICHAEL WASSERMAN informed SHLOMO RECHNITZ in a text exchange that ROCKPORT did not renew its membership in an association. In response, SHLOMO RECHNITZ stated: "Why wasn't I told? How much is membership?" After MICHAEL WASSERMAN responded that it was $25,000, SHLOMO RECHNITZ stated:

> Please call Alan Ma and tell him to immediately process that check. I never gave anyone the OK to drop our membership. What would be the price for Pursue?

Exhibit 1 at p. 5.  As such, SHLOMO RECHNITZ exerted complete control over ROCKPORT, exhibiting the power significantly to influence or direct the actions or policies of ROCKPORT.

64.    In a text exchange between MICHAEL WASSERMAN and Avi Saada (an administrator of one of the Facilities who SHLOMO RECHNITZ was personally grooming to become a Regional VP of ROCKPORT and who SHLOMO RECHNITZ eventually promoted to Regional VP of ROCKPORT), Avi Saada explained:

> Ok. I did talk to Shlomo about my arrangement. He said he would review it and get back to me. Hopefully you can push him to review sooner because I'm ready to turn a new chapter.

Exhibit 2 at p. 1.

### F. Shlomo Rechnitz's Complete Control Of Rockport - Aaron Robin's Tenure As COO

65.    Prior to the formation of ROCKPORT on or about April 18, 2010, Defendant SHLOMO RECHNITZ personally hired AARON ROBIN to assist in forming and to serve as ROCKPORT'S Chief Operating Officer ("COO"), a company that was to provide front office, managerial, and other services to skilled nursing facilities in which SHLOMO RECHNITZ had

20

ownership interests (the Facilities).  Specifically, SHLOMO RECHNITZ hired AARON ROBIN when the two met at SHLOMO RECHNITZ'S home.  In addition to hiring AARON ROBIN, SHLOMO RECHNITZ also set AARON ROBIN'S rate of compensation, the amount and manner of requesting time off for AARON ROBIN, and other conditions of AARON ROBIN'S employment at ROCKPORT.

66.    At all times relevant hereto, SHLOMO RECHNITZ had the power to hire and fire employees of ROCKPORT and did, in fact, personally hire several ROCKPORT employees, including but not limited to high-ranking officers at ROCKPORT such as AARON ROBIN, MICHAEL WASSERMAN, Brad Gibson, Kristen Morris, Corey Woods, and Steven Stroll.  As such, SHLOMO RECHNITZ exerted complete control over ROCKPORT, exhibiting the power significantly to influence or direct the actions or policies of ROCKPORT.

67.    At all times relevant hereto, despite MICHAEL WASSERMAN being CEO, AARON ROBIN reported directly to SHLOMO RECHNITZ, who had total operational and managerial control over the operations of ROCKPORT.  SHLOMO RECHNITZ supervised and controlled AARON ROBIN'S conditions of employment and work schedules as well as that of other high-ranking officers at ROCKPORT.  For example, and in no way limiting the generality of the foregoing, AARON ROBIN was required to request time off and schedule all vacations from SHLOMO RECHNITZ personally.  As such, SHLOMO RECHNITZ exerted complete control over ROCKPORT, exhibiting the power significantly to influence or direct the actions or policies of ROCKPORT.

68.    For example, SHLOMO RECHNITZ instructed AARON ROBIN to alert all ROCKPORT Facilities not to hire an employee.  Specifically, on February 12, 2018, AARON ROBIN and SHLOMO RECHNITZ exchanged the following text messages:

> Aaron Robin:  No more Maria Martinez.
> Shlomo Rechnitz: Alert ALL of our facilities her name so she isn't hired.

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 · FACSIMILE (562) 216-5271

Exhibit 3 at p. 15.

69.    As yet another example of SHLOMO RECHNITZ'S control over ROCKPORT and its operations and employees, in an email dated June 11, 2015, SHLOMO RECHNITZ authorized payment from ROCKPORT as detailed herein: "I know there are additional issue (sic) to be addressed but I am asking for these 5 payments to be authorized by you so we instruct Rockport to cut these checks ASAP."  In response, SHLOMO RECHNITZ declared: "Approved."

Exhibit 4.

70.    At all times relevant hereto, SHLOMO RECHNITZ had total operational and managerial control over the operations of ROCKPORT to such an extent that he regularly summoned AARON ROBIN and other high-ranking officers of ROCKPORT to SHLOMO RECHNITZ'S residence where SHLOMO RECHNITZ regularly gave directives and mandates in-person to AARON ROBIN and other high-ranking executives of ROCKPORT as to the operations of ROCKPORT and as to the employment conditions and work schedules of AARON ROBIN and other high-ranking executives of  ROCKPORT. As such, SHLOMO RECHNITZ exerted complete control over ROCKPORT, exhibiting the power significantly to influence or direct the actions or policies of ROCKPORT.

71.    On July 4 and 5, 2017, SHLOMO RECHNITZ directed Alan Ma, ROCKPORT'S CFO, to perform a census analysis, and directed the manner in which Alan Ma performed the analysis. Exhibit 5.

72.    SHLOMO RECHNITZ'S control over ROCKPORT was so complete that he specifically directed AARON ROBIN who to hire at ROCKPORT.  On May 2, 2015, SHLOMO RECHNITZ sent the following email to AARON ROBIN, which contained a letter that SHLOMO RECHNITZ drafted for AARON ROBIN to send to a potential hire:

> Dear Carol,
> The most important issue to me is to remain amicable with you. It's a small world

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

22

and even a smaller industry. From the moment we met, I was hooked to your true nature, honesty and integrity. I'm not going to text or call you again as I'm sure it's becoming annoying. However, I will tell you that I feel bad for you that in the end, there is no question in my mind that you will be burned. Your head was stuffed with lies about **Shlomo and his Company**. I've dealt with Shlomo for many years now and he is the most caring, truthful individual that I know. If he would agree to meet with you, it would be 100% confidential irregardless of the outcome. Shlomo has a team of superstars, all who have looked beyond the lies borne by jealous competitors. His body is so big just to accommodate his large heart. At the end of the day, there is no question that they are keeping you temporarily. Blood is thicker than water and David Johnson will be your boss sooner than later! They'll tell you ANYTHING to keep you temporarily and you know that inside. If this is a question of more compensation, we can discuss that as well. I'm leaving you with a recent video which was a surprise tribute to Shlomo when he was honored recently. It should give you better perspective of his priorities. I would hate to see **Rockport** hire someone else this week, and you realize at the end what a irreparable and grave mistake you made. Aaron

Exhibit 6 (emphasis added).

73.    All while SHLOMO RECHNITZ controlled ROCKPORT and concealed that control from the United States and State of California, ROCKPORT charged SHLOMO RECHNITZ'S Facilities for costs over and above the industry standard in order to artificially and illegally increase the money SHLOMO RECHNITZ obtained from the United States and the State of California through the respective healthcare programs.

74.    In or near September 2018, SHLOMO RECHNITZ directed AARON ROBIN'S termination from ROCKPORT.

**G. Span and Scope of Fraud**

75.    As detailed herein, this scheme to defraud began in or near 2010, continued through an including 2018, and, upon information an belief, continues to the present.

76.    Throughout the span of this scheme to defraud, which began at ROCKPORT'S inception in 2010, the unjustified loss and expense totals in excess of $500,000,000, conservatively.

77.    The acts described above also constitute healthcare fraud in violation of 18 U.S.C. §1347 ("Health Care Fraud") as Defendants knowingly and willfully executed a scheme to defraud a

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

23

1   healthcare benefit program and to obtain money or property from a healthcare benefit program

2   through false representations.  18 U.S.C. §1347; *see also United States v. White*, 492 F.3d 380, 393-94

3   (6th Cir. 2007) (sustaining convictions for defendants who executed scheme to defraud Medicare by

4   submitting inflated invoices through related companies controlled but owned by defendants).

5       78.    In addition to the above-listed federal criminal offenses, any fraudulent cost reports

6   submitted as part of DEFENDANTS' scheme also constitute violations of 18 U.S.C. §1001 ("False

7   Statement"), any financial transactions conducted by DEFENDANTS that involved the proceeds of

8   the specified unlawful activity also constitute violations of 18 U.S.C. §1956 ("Money Laundering"),

9   and also amount to false statements relating to healthcare matters in violation of 18 U.S.C. §1035.

### COUNT I
#### (Against All Defendants)
#### Violations of Federal False Claims Act, 31 U.S.C. § 3729, et seq.

79.    Relators reallege and incorporate by reference the allegations set forth in the paragraphs above as if set forth fully herein.

80.    This is a claim for treble damages, penalties, costs and attorneys' fees under the False Claims Act, 31 U.S.C. § 3729 et seq., as amended.

81.    Through the acts described above, DEFENDANTS knowingly and willfully presented, or caused to be presented, to the United States Government and to the federally-funded Medicare and Medicaid programs false and fraudulent claims for payment or approval relating to DHS provided by the Facilities in violation of the False Claims Act; all in violation of 31 U.S.C. § 3729(a)(1)(A).

82.    Through the acts described above, DEFENDANTS knowingly and willfully made, used, or caused to be made and used, false records and false statements to get false or fraudulent claims paid or approved by the United States Government and recipients of federal funds in violation of federal laws; all in violation of 31 U.S.C. § 3729(a)(1)(B).

83.    Through the acts described above, DEFENDANTS conspired among themselves and

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

24

others to defraud the United States Government by getting false or fraudulent Medicare and Medicaid claims allowed and paid.  Moreover, DEFENDANTS took substantial steps toward the completion of the goals of that conspiracy, *inter alia,* by submitting false claims, by providing and receiving remuneration in exchange for the referral of patients, and by making misrepresentation that defendants had complied with all statutes, rules and regulations governing the Medicare Act.  Accordingly, in violation of federal laws, DEFENDANTS conspired to cause the United States to pay claims for health care services based on false claims and false statements that the services were provided in compliance with all laws regarding the provision of health care services when they were not so provided; all in violation of 31 U.S.C. § 3729(a)(1)(C).

84.    The United States, unaware of the falsity of the claims made by the DEFENDANTS, directly or indirectly approved, paid, or participated in payments to DEFENDANTS that would otherwise not have been allowed or paid but for DEFENDANTS' conduct.

85.    The United States, unaware of the DEFENDANTS' conspiracy or the steps taken in furtherance thereof, allowed, paid, or participated in payments to DEFENDANTS that would otherwise not have been allowed or paid but for DEFENDANTS' conduct.

86.    By virtue of the acts described above, DEFENDANTS also knowingly and willfully made, used, or caused to be made or used, false records or statements to conceal, avoid, or decrease an obligation to pay or transmit money or property to the United States Government, within the meaning of 31 U.S.C. § 3729(a)(1)(G).  DEFENDANTS acted with actual knowledge, deliberate ignorance, and/or reckless disregard of the law when submitting their claims to the Medicare and Medicaid programs for reimbursement of services rendered to beneficiaries of these programs.  As a result, monies were lost to the United States through the non-payment or non-transmittal of money or property owed to the United States by DEFENDANTS, and other costs were sustained by the United States.

GARCIA & ARTIGLIERE

ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

87.    By reason of DEFENDANTS' conduct described above, the United suffered monetary damage, and continues to suffer damaged, in an amount yet to be determined.

## COUNT II
### (Against All Defendants)
### Violations of California False Claims Act, Cal Gov. Code § 12651, et seq.

88.    Relators reallege and incorporate by reference the allegations set forth the paragraphs above as if set forth fully herein.

89.    This is a claim for treble damages, penalties, costs and attorneys' fees under the California False Claims Act.

90.    By virtue of the acts described above, DEFENDANTS knowingly presented and caused to be presented false and fraudulent claims for payment or approval to an officer or employee of the State of California; all in violation of Cal. Gov. Code § 12651(a)(1) and (c).

91.    By virtue of the acts described above, DEFENDANTS knowingly and willfully made, used, or caused to be made or used false records and statements, and omitted material facts, to induce the California State Government to approve and pay such false and fraudulent claims; all in violation of Cal. Gov. Code § 12651(a)(2) and (c).

92.    Through the acts described above, defendants conspired among themselves and others to defraud the California State Government by getting false or fraudulent claims allowed and paid. Moreover, DEFENDANTS took substantial steps toward the completion of the goals of that conspiracy, *inter alia*, by submitting false claims, by creating false documentation in support of such claims, and by making misrepresentations about how patients were being provided nursing facility care; all in violation of Cal. Gov. Code § 12651(a)(3) and (c).

93.    The California State Government, unaware of the falsity of the claims made by the Defendants, approved, paid, or participated in payments to DEFENDANTS that would otherwise not have been allowed or paid but for DEFENDANTS' conduct.

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEQ.] ET AL.

94.     The California State Government, unaware of the DEFENDANTS' conspiracy or the steps taken in furtherance thereof, allowed, paid, or participated in payments to DEFENDANTS that would otherwise not have been paid or allowed but for DEFENDANTS' conduct.

95.     By virtue of the acts described above, DEFENDANTS also knowingly and willfully made, used, or caused to be made or used, false records or statements to conceal, avoid, or decrease an obligation to pay or transmit money or property to the California State Government.  As a result, monies were lost to the California State Government through the non-payment or non-transmittal of money or property owed to the California State Government by DEFENDANTS, and the California State Government sustained additional costs.

96.     By reason of DEFENDANTS' conduct described above, the California State Government was damaged, and continues to be damaged, in an amount yet to be determined.

## **PRAYER FOR RELIEF**

WHEREFORE, Relators request that Judgment be entered against DEFENDANTS, ordering that:

1.     For damages and civil penalties as allowed under the FCA and the California FCA;

2.     For treble damages as allowed under the FCA and the California FCA;

3.     For the maximum Relator award allowed under the FCA and the California FCA;

4.     For expenses, attorneys' fees and costs pursuant to 31 U.S.C. § 3730 and the California FCA;

5.     For interest;

6.     For declaratory and injunctive relief; and

7.     For such other and further relief as this Court deems just.

GARCIA & ARTIGLIERE

ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

27

## REQUEST FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relators hereby demand a trial by jury.

DATED: October 8, 2020                **GARCIA & ARTIGLIERE**


By: _Stephen M. Garcia_ _____
       Stephen M. Garcia
       Willaim M. Artigliere
       Matthew M. Coman (Pro Hac Vice)
       Attorneys for Relators

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT [31 U.S.C. §3729 ET SEO.] ET AL.

## Chat with Shlomo Rechnitz

10/21/2018 3:08:29 PM - 11/27/2019 5:57:14 PM

**Export Details:**

Device Phone Number  +1 720-412-5202

Device Name   Michael Wasserman's iPhone

Device ID      9a821911d4f2cdb646de544e8df9c815dcb8d395

Backup Date    Wednesday, December 18, 2019 11:45 AM

Backup Directory  C:\Users\mjohnson\AppData\Roaming\Apple Computer\MobileSync\Backup\9a821911d4f2cdb646de544e8df9c81!

iOS            12.4.1

Current Time Zone  (UTC-08:00) Pacific Time (US & Canada)

Created with    iExplorer v4.3.4.0

**Participants:**

+1 213-700-2610, Shlomo Rechnitz

October 21  2018

Hubby

I think it's essential that we meet as soon as possible. I'm willing to come over anytime tonight, up until midnight.

Hubby

I'm happy to drive into town tonight, probably the latest for me arrive at your house that makes sense is 9:30pm. Tomorrow is quite packed, but I can also come over tomorrow night. The most time sensitive issue is that the NHA at Chico Creek is a disaster, Budgie and I have vetted a replacement. Every day the present NHA stays is an additional day the facility is at risk for poor clinical and financial outcomes. We just need the ok to make the change. Happy to discuss by phone or face to face.

PM

Monday, October 22, 2018

Everyone is confirmed for 1pm at your office

12:05 PM

2018

Hubby

Are you free to talk tonight?

Page 1

EXHIBIT
1

Hubby

I have a few items that I need to check with you on

**25 minutes**

Hubby

Perfect!

Hubby

Call me whenever you're free

Hubby

Wanted to see if you had any questions about anything on my list? I'll be away on vacation next week.

PM

26.

Hubby

Would you like an update today? I'll be away next week.

10:04

Hubby

Thought you'd appreciate this

Hubby

Shabbat Shalom:). I'll be back November 5th. I believe that my team has things under control and the trajectory continues to be positive.

PM

November    2018

Hubby

I'm back from vacation, do you have time to meet tomorrow?

10:53

Hubby

A few agenda items: Do you want the clinical team involved with Josh Kaufman's facilities? Highland? How do you want us engaged with facilities whose NHA's are reporting directly to you (by the way, is this true?). Let me know when you're free to meet.

PM

Hubby

I'm keeping my day completely open tomorrow

PM

Monday, November

Hubby

Let me know if there is a good time to meet today. I can come over at any time.

AM

Are you going to have any time to meet with me today? I just need some idea in order to navigate traffic)

PM

Just spoke to Avi, I don't need to meet, sounds like your pretty busy.

November 06.

Dropped my list off, I'm available if you have any questions.  Have a great day!

November  6, 201

I haven't spoken to you or stroll since you issued that letter. If you have some time I'd like to know what's going on.

Tuesday, November 20, 2018

Hubby

Stroll accepted my resignation and I am no longer employed by Rockport.  I am focused on continuing to develop CALTCM's education and training programs.  This type of training is essential if the industry is ever going to develop the type of NHA's and DON's that you need to effectively run your facilities.  I will forever appreciate the opportunity you afforded me, Mike

PM

I think it would be a good idea to meet.

PM

2018

Lets find a time and location convenient to both of us.

1

You never responded. I'm participating in a charity run this weekend, but am available upon my return, if you'd still like to meet?

AM

Tuesday,

Happy New Year!! Hope you did well on your charity run.

Happy New Year!! Hope you did well on your charity run.

Hubby

I completed the 100 miles late last night. This is an incredible event, and I met some remarkable people who do great things for children fighting cancer. Thanks for thinking of me.

11

What's the name of the charity?

January

Hubby

http://snowdropfoundation.org

9

Please call me when you get a chance.

Monday,    10,

11

You can call me at 2:30 today

Tuesday, June 11.

AM

Sorry I didn't call you yesterday but it was Shavuot.

I am available at 3 PM today. You can call me then

I was just wondering if CALTCM ever wanted to move forward with their own 5 star program. I think it will be a more accurate tool for the industry and could be very profitable for CALTCM.    17

I was just wondering if CALTCM ever wanted to move forward with their own 5 star program. I think it will be a more accurate tool for the industry and co

uld be very profitable for CALTCM.

I'm on vacation in Utah. I'm back in town next week. CALTCM is a not-for-profit with minimal cash flow. We'd need to figure out how to fund such a project and are open to ideas. You may be aware that Rockport did not renew their corporate membership, which was a significant blow to the organization.

Why wasn't I told? How much is membership?          8:25

I'll check

Hubby

$25,000 for Rockport. I'd love to see Pursue get a corporate membership as well. It'd be great to get Jose involved with CALTCM.

Please call Alan Ma and tell him to immediately process that check. I never gave anyone the OK to drop our membership. What would be the price for Pursue?

How many facilities with Pursue?          PM

# 7

Hubby

$2,500          PM

Hubby

https://www.deliveringhoperun.org/event-info/sponsor-now/pick-tickets

This is a documentary about the charity you so graciously donated to last year. Didn't know if you had any interest?          PM

Can you send me an email with the info?

August 03,

Shlomo ·

Can you send me an email with the info?

Will do:)

Sunday, August

Hubby

Newsom is appointing folks to a "Workgroup for Aging" as part of his master plan for aging. You might consider suggesting me:)

12

Shlomo · · · ·

·05

I did already

Hubby

Thank you    11·07

Mike, I just received the shocking news that you h
ired Garcia. There are people who lower themselves
to do that, but I and everyone else in the Compan
y are shocked that you are one of those people. Yo
u have too much of a distinguished reputation that
you've built over many years to throw it away in
minutes. I also always believed that if there were
anybody brighter than me in the Company it was yo
u. Yet you're letting yourself get used by Garcia
for his own personal fight. He couldn'tgive acdamn
about your situation just like he's not intereste
d in any case of ex employees associated with us t
hat he sued. The common denominator is that not on
e of them got one penny  from their suits or anyth
ing else Garcia promised them. He is just looking
for information on us and Rockport for his own per
sonal battles, and you fell for it? Seriously? Did
Garcia forget to mention to you that last week he
just lost the big 5 year case against us which pr
obably cost him $5 million dollars? Why would you
consider this when you have tens of emails degradi
ng Garcia and writing that all his lawsuits are fr
ivolous? Which Nursing Home chain in their right m
ind will keep any relationship with CALTCM when th
ey know that you are using Garcia, their worst ene
my. I never dreamt that you would be so shallow to
associate yourself and conspire with a criminal e
xtortionist. Is it your intention to join his crim
inal conspiracy? I would hope you would know the e
ventual consequences to that. You always claimed t
hat you knew how to read people. How ridiculous th
at now sounds. For Gods sake even CANHR the bigges
t anti nursing home organization threw him out! Ho
w will the State and the feds view you if they kne
w who you're plotting with? A good reputation take
s a lifetime to build but only minutes to destroy.
And my biggest personal question is, since when h
ave I become someone who is irrational and can't b
e spoken to in a normal fashion?
I don't know what your schedule is but my request

is that you call me now to discuss any outstanding issues as I am leaving the Country at midnight with my family for a thanksgiving getaway and won't be accessible. Unfortunately, you leave me no choice but to immediately start a vicious, legal attack on you and you are the last person in the world that I would want to hurt.

So before you call Garcia again why don't you give me a call and if you still feel slighted after the call, you can always call Garcia again. He probably told you that we're not allowed to speak to each other but that would just be him being the biggest psychopathic liar that exists today. The law is that the attorneys cannot speak to the client on the other side, but both non-attorneys (like us) can speak to our hearts content.

I await your call even if it's just to set aside another time to speak.

Shlomo.  213 700 2610

PM

## Chat with Avi Saada

10/23/2018 2:12:10 PM - 9/29/2019 10:44:26 AM

**Export Details:**

Device Phone Number  +1 720-412-5202

Device Name   Michael Wasserman's iPhone

Device ID   9a821911d4f2cdb646de544e8df9c815dcb8d395

Backup Date   Wednesday, December 18, 2019 11:45 AM

Backup Directory  C:\Users\mjohnson\AppData\Roaming\Apple Computer\MobileSync\Backup\9a821911d4f2cdb646de544e8df9c81!

iOS   12.4.1

Current Time Zone  (UTC-08:00) Pacific Time (US & Canada)

Created with   iExplorer v4.3.4.0

**Participants:**

+1 323-301-2180, Avi Saada

Tuesday,        23.

In a meeting, saw you tried calling.  Fyi, I just texted Joe to keep Charles as an assistant NHA at Mar Vista until we can find him a place.

Hubby

Don't act on anything at your facilities without talking to me     2:14 PM

Avi

Ok. I did talk to Shlomo about my arrangement. He said he would review it and get back to me. Hopefully you can push him to review sooner because I'm ready to turn a new chapter.

Hubby

Perfect! That's my plan.     PM

Hubby

What did you propose?

Avi

Take over the pico's with an AIT/asst     PM



EXHIBIT

tabbies

Page 1

Avi Gabba

I'm going to need someone to help take the pressures off the day-to-day ordeals because that ALF needs a complete turn around plus I need to get ahead of Robin in the Cedars game.

PM

By "pico's" you specifically mean?

PM

Pavillion, Terrace, and Terrace ALF. I Just submitted my license application today for RCFE. I Took the course already and studying all the ALF regulations every night.

PM

Excellent!  Budgie ran an ALF company, and will be a good mentor)

PM

Hubby

So, will be terminating Charles

Avi

Ok I do need to lean on someone for consultation so that's reassuring. I'll figure out the finances very quickly.

0

Hubby

We'll be talking)

0

Ok yes. Waiting on Shlomo then.

11

Hubby

Yep

October    2018

I'll be calling you late today, after 6pm

AM

Hubby

All is good

Avi

Ok cool

Hey doc are you ready to talk?

'



You can call me now          7:11

Hey any news?                              PM

In the hands of Avi Wagner and Josh Sable     ·   PM

Avi
Ok I'll wait 🕐                              3:48 ·

I have a better idea                        5:00

                                            PM

                Avi          vcf

        06.

Hey are you back?                           8:38

                    Hubby
                    Yes          AM

Called you

Avi Saada
Sorry wrong person                    1      PM

But can we talk                      1

                    Hubby
        In meetings until 6 pm        2:02

Thursday                    9

Good morning Dr. can you talk?

Not available         AM

December 31,

Avi



30



Sunday, March      2019

Thanks! Hope to see you and your staff at the CALTCM Annual
meeting April 4-6!

Shana Tova to you and your family!
Wishing you a happy, healthy, prosperous, and sweet new year! 🫶   1
🤗 🍯
-Avi Saada

Hubby

Thanks:) Same to you!    AM

## Chat with Shlomo Rechnitz

6/17/2017 10:59:38 AM - 5/28/2019 3:04:24 PM

**Export Details:**

Device Phone Number +1 323-816-8383

Device Name    iPhone (2)

Device ID    0a1227d9c61376f279f50817f91cdfb44971fad7

Backup Date    Tuesday, July 09, 2019 11:53 AM

Backup Directory C:\Users\mjohnson\AppData\Roaming\Apple Computer\MobileSync\Backup\0a1227d9c61376f279f50817f91cdfb44971fad7

iOS    12.3.1

Current Time Zone (UTC-08:00) Pacific Time (US & Canada)

Created with    IExplorer v4.2.8.0

**Participants:**

+1 213-700-2610, Shlomo Rechnitz

June 1   201

Rechnit∠

**Please call me**                                                    1    AM

Sunday, June 18,

Robin                    AM

Just saw this. Let me know when is good.

Wednesday, August 16, 2017

Aaron Robin

I now have access. I will get you an update tonight right after the refresh.    6:58 PM

Aaron Robin

Still no refresh.    9:57 PM

August 18,

[Unknown Contact]

**Call me**                                                    5:22 PM

[Unknown Contact]

**I'll call you back in 15**                                    PM

Aaron Robin

Ok    5:39 PM

Page 1


EXHIBIT
3



201‌

Sent    PM

August

[Unknown Contact]    AM

**Didn't receive**

Aaron Robin

Strange. I show that it went. Just sent again. Let me know    AM

Thursday,    24, 201‌

Aaron Robin

Checking in.

Aaron Robin

Let me know if you still want to meet.    PM

· Contact]

**Yes**

Aaron Robin

Would you like me to come now?

**Ok**

Aaron Robin

Ok. Nav has me there in 22 min    6:27 PM

August    201

Aaron Robin

Here is ur text reminder.    2:50

September    7

Aaron Robin

Call u shortly.    6:4  PM

September 13, 2017

Aaron Robin

Just finished. I'll head over now.    PM

[Unknown Contact]    PM

**Waiting for you**

Aaron Robin

Here.    PM

Aaron Robin

I have a 3pm.

We have a discussion we didn't finish yet. As the profit margin
disappears, compensation has to be flexed as well. Also, in the
interest of streamlining vendors there are some vendors we need
to do business with.                                                    PM

Aaron Robin

What time tomorrow afternoon would you like to continue this
conversation?                                                          9:02 PM

I looked at the list again and technically there are only 6 facilities.

Aaron Robin

What time would you like to meet today?                                5:52 AM

Between our Wasserman meeting and a meeting I have at 1:00.             10:11 AM

What time is our Wasserman meeting?

Isn't it 11:00?                                                        10:49

Yes. Just found out. On my way. Glad I asked.                          AM

Aaron Robin

Do you want me to come back?                                           :05 PM

[Unknown

After my conference call

Time?                                                                  PM

I don't know yet                                                       :09 PM

Aaron

Ok. Lmk                                                                1



Contact]

**I'm available now**                                                                    3:48

Ok. I'll leave ofc in 15                         PM

September

Contact]

**https://www.facebook.com/ABC7Jory/videos/1173278676106319/**                    11

Aaron Robin

I saw. Great clip!                    12:01 PM

Mon    September 18,

**Can you meet tonight?**                                                          6:07 PM

Aaron Robin

It will have to be late. I have something at 7:30                    6:10

I have that info you requested.

September 19,

Sorry. Day ended super late for me. I have meetings from 9am till
about 5:30 at the office. I can come by then. Does that work?        7:48

Aaron Robin

6 good?                    PM

**Yes**

Robin

Are we still on?                    PM

**Yep**                                                                            8:16

Aaron Robin

Ok. On my way now.

I'm here.



20.

Call you shortly.     PM

Sunday, October     1

Contact]

## Call me

02.

Aaron Robin     1

Pls call.

October

## Call me now     PM

Aaron Robin

Call shortly.

Wednesday, October 04, 2017

Aaron Robin

I never head back from you. I'm running with the Novato scenario     7:55 AM
we discussed. Josh Sable is in agreement.

October 09, 2017

Aaron Robin

Came up with a solid plan for Novato with Josh. We are proposing     AM
the increase this afternoon.

October 1

Contact]

## Please call me     PM

Wednesday, October

Unknown Contact]     11:05 AM

## Call me

Aaron Robin

2 min     AM

201

Aaron Robin

She rescheduled to Monday. Her father is ill.

:     PM

Aneta is a no go. I pressed her hard.



Can you talk at 9:00?                                                     PM

                                              Sure. Call you on cell at 9          PM

Ok                                                                       PM

                                                    Aaron Robin
                                              Calling u in 15.              ı

[Unknown Contact]
What's going on?                                                         PM

                                                    Aaron Robin
                                        Aneta (818) 632-0048        10:15 PM

                          Sunday,

Please call me

        Contact]
Please call Shlomo                                                       PM

Please call Shlomo                                                       9

                                                    Aaron Robin
                                                      Called

                  Sunday,      ·    12,

                                                    Aaron Robin
                    Hey. Let me know when we can chat about Novato & SR?          PM

                                                    Aaron Robin
              Hello. Just locked up Riverside. Should see significant by EOM.    1  6 PM

                                                    Aaron Robin
      Just spoke with Alan Ma. At the very least, we could have had the
      discussion face to face. It is what it is. Let me know when we            2:35
      should sit & discuss future.

Do you want to meet this evening?

Aaron Robin

I can't tonight. In Santa Monica for a cancer charity event. Then off to a Shul for a simcha. Maybe tomorrow or after Shabbos?

18.



PM



They hit us at Wilshire & the 2 Picos. Staff weren't interested from what I heard. Josh Sable is aware.

Weren't we supposed to meet tonight?

I I'm going out of town for a week tomorrow at noon. I'm prepared to meet tonight or not. Just don't blame me afterwards for ignoring you.



I proposed to meet tonight. Never heard back.    8 35

Robin

I'm out now. Not sure how much longer. We can meet when you get back. No pressure. No blaming.    PM

Aaron Robin

Safe trip.    PM

Maybe you didn't get my text, but I said Saturday night would work. I'm OK to meet late tonight. There are also division changes being made which you should probably know.

Aaron Robin



Never got it.
I'll text you when I'm done. If not tonight, perhaps in am?    PM

I can do late tonight or tomorrow at 11:00 for an hour.



Robin

Got it.    8:41 PM

Aaron Robin

Let's plan for tomorrow 11am. Please confirm.    PM

Confirmed

\ cdnesday,

Please call me

November    2017

Robin

Good morning. Please text when free.

November

Hello. Would you like me to email you the labor report?

Page 8

Those cell phone records came in yesterday. Let me know when I should drop off.

Aaron · ..

Have you spoken to Budgie at all lately?

Aaron Robin

+1 (909) 331-0178          PM

Aaron Robin

MARIO

Wednesday, November 29, 201

Aaron Robin

7:20

I didn't hear from him. I can reach out, let me know. Thx

Aaron · · · ·

I need to get rid of Wesley in NorCal. Do you have an issue with it? Problems up here.

I most certainly do.

Good to know.

· 01

11   AM

At 14 with a +3 for today.

Aaron Robin

AV          1·   AM

Robin

Aaron   :

Great week up in Nor Cal. Lots of positive movement. Good Shabbos.          AM

Aaron Robin

BTW. You didn't call me back with details on that situation you wanted me to look into.          :19 AM

Page 9



T            1   05  2017

When are you back?                          1:40 PM

Aaron Robin

Had major issues with Rafi & had to make changes. Please add to our discussion list.                          2:06

**Who's Rafi?**                          PM

Robin

Can I call you in a little bit?

[Unknown

**Yes**                          PM

Wednesday        08.

Robin

I'm at the Hillel graduation dinner for my son. Call you afterwards or urgent?                          PM

[Unknown Contact]

**Afterwards**                          PM

7

Aaron Robin

Good morning. I'm headed to office shortly. If you have time to meet at 9am, let me know. I have quite a few open items with you. Thx                          AM

Contact]

**Yep**                          7:10

Robin

Great.                          7:10 AM

Aaron Robin

I'm running late. I knew it would happen. Might have to be Sunday if ur free. Speaking with MARIO shortly. Will let you know.                          1:07 PM

2017

GM. Need to know if I should proceed. Have a bunch of overdue & pending open items. Please advise.                          AM



Aaron Robin

Or meet.

1

Hey, Just finished up in the office. Need to run home to light the Menorah with Mirriam and the kids. I can come over later if it's good for you. Let me know. Thx

What time could you be here

Aaron Robin

1 hour?

[Unknown Contact]
Ok                                                                          PM

Aaron Robin

See you at 10pm

14,

It's set up & done.                                                         PM

Just finished. Coming to you now.                                           PM

Aaron Robin

I'm here.                                                                   PM

1

Aaron Robin

GM. Are we still meeting this morning?                                     8:34

Contact]
Afternoon                                                                   8:34 AM

What time?

2;30                                                                        9.41 AM

I'm taking a nap now                                                        :12

Monday

Time to meet this afternoon?

[Unknown
**Sure**                                                                            AM

Robin
2pm?                                                                                AM

Does 2pm work?                                                                      AM

Aaron Robin
If 2pm doesn't work, I can swing by after menorah lighting. Let me know.    11   AM

Contact]
**2:30**

Aaron Robin
Ok

[Unknown
**Better after candlelighting**

Robin
Ok          1

Tuesday, December 1
Aaron
Good morning. Headed to Office soon. Starting financials at 11am. If you're free prior, I can swing by. 9:30/10ish. Let me know.    AM

[Unknown Contact]
**Meeting with Wasserman at 10:30. Can meet afterward**

Aaron Robin
Ok. What time?

Contact]
**How's 2:00?**

I'll make it work.                                                                 AM

See you then.                                                                      10:40

We need to meet at 6:00                                                    1:33

                                            You Can't sooner?              PM

We're getting on a call with the State Auditor at 2:00. Then I have
the Attorneys call about problems with DOJ, then Chanukah                  .39
lighting.

Geez!  Got it. Let me know when ur done with lighting. I also have
to do lighting then something at 8pm.

                                            Good luck                      1:44

                                            Does 6pm still look good?      5:34

Yes                                                                        '

                                                      K

                                            Aaron Robin
                                            Does 3:30 work?

Yes                                                                        2:04 PM

4:00 is better                                                            3.23

                                            Aaron Robin
                                            I'm down the block.            PM

                                            Aaron Robin
                                            I'm here. What do you want to do?

[Unknown
Give me 15

                                                      Ok



Robin

Nice movement up here in Oakland. Have 2 centers that just got hit with the noro-virus. We are in front of it. FYL.

Aaron Robin

1325                    :47

Contact]

Call me

Call shortly.

7

Contact]                                             PM

Please call me now

Robin

Called                  PM

12,

PM

Hey. I'm going to take some time off 19-25. Kids have off & going to spend time with them. I'll be available around the clock if needed. Dr. Wasserman is aware.

January 17, 2018

Robin

1425

201·

Robin

12:40

On another call. Will call you shortly.

Please call.        12:44 PM

AM

Hello. Did you still want to meet later this afternoon?

[Unknown Contact]

Please call me

Just saw this. I'm in Office today. Please call/text when free.

I doubt very highly that you just saw this text.

Aaron

I'm not following. I'm doing P&L reviews. Will call u in 5.    PM

Aaron Robin

It was Joan Spence. I'll call her tomorrow.

February    2018

Lost $805K    PM

Aaron Robin    11:39 AM

Just hit 20 at Alta

2018

Aaron

Good morning. Please let me know if we can meet later today. I    AM
have a lot to review with you.

Aaron Robin

No more Maria Martinez.

[Unknown]

Alert ALL of our facilities her name so she isn't hired.

Already done.

Aaron Robin

Small situation. Please call.

Good morning. Do you have any time to meet today?    AM

Contact]

I'm in Mexico

Aaron

That's great. Enjoy & safe travels!!

Hello. Do you have time to meet tomorrow. I have a few important items to review.     PM

March

Robin     AM

??

[Unknown

I'm good at 11:30     9:51 AM

Aaron Robin

Sounds good. See you at 11:30. Thx

Friday.          2018

Aaron Robin

Friendly reminder that We need to figure that situation out today. Thx     1

Aaron Robin

Have you decided?     PM

Aaron Robin

Any updates?     PM

I've decided so we'll meet Saturday night or Sunday     PM

Robin

Sounds good.     PM

Aaron Robin

Have a quick question on Lawndale. Can you speak?     PM

Monday, March 12,

Aaron Robin

Hello. Can you meet in an hour? I have some of that info you wanted.

Yes     4:52

Thanks.     PM

Aaron

$571.64 bed     7:41

Aaron Robin

36585

3,   8

Hello. Never heard back from you yesterday. Let me know how you want to proceed & how I should cover the rears. Thx                    4:09

Aaron Robin

Berger & his team are still at Hancock Park.                    1

Contact]

You can come over                    2:58

Robin

Ok. Wrapping some things up at the office & then will come.

Aaron Robin

Leaving office now.                    3:39 PM

Aaron Robin

Just sent you Dallas info.

2018

Aaron Robin

Maria M works for Hospice Of the Bay now.                    12:54

Contact]

Are they unionized?                    PM

Aaron Robin

Will know today.                    1

Aaron Robin

Not union                    PM

March 18, 2018

Aaron Robin

Just finished with Pomona. Place looks better than last time but not what it should be AT ALL! Should I swing by later?                    PM

Please call.



Aaron Robin

You requested a bunch of info for me to follow up on. I have
responses to just about all & need a practical way to get it to you.
I don't want you thinking that I'm not supporting your requests,
but need an efficient way to get info to you. Lmk

1      PM

Robin

Chag Sameach Shlomo!

April 10, 2018

[Unknown Contact]

Call me

Aaron Robin

Call shortly.

7:11 PM

April      2018

Aaron Robin

Good morning. Please text when free.

6:38 AM

April 12, 2018

Aaron Robin

Do you have exact spelling of name?

PM

818-488-4724

PM

Tuesday, April 17      8

AM

MAZEL TOV!!!

Aaron Robin

Thank you Shlomo.

1:18 AM

April

Aaron Robin

Good morning. Please let me know if you have time to meet today
6pm. Thx

AM

07

AM

JOIN US FOR A BRIT MILA IN HONOR OF OUR SONS
TUESDAY, MAY 8 AT 9 AM
2400 DUXBURY PLACE. LOS ANGELES 90034
AARON & MIRRIAM ROBIN

Mazal Tov. The doctor & mohel just gave us the green light. Hope you can join us Shlomo.

May 10, 2018

Aaron Robin

Hello. Can you please confirm that we should process $52K to Josh Kauffman as a bonus.

18,

Aaron Robin                                                        AM

Checking in.

Monday      21,

PM

**Call me important**

Tuesday, May 22, 2018

Robin

Good morning. Just seeing this now. Let me know when you are free.

23, ,    8

Aaron Robin                                                        AM

I have discussion items for you. Let me know if there is time to meet later today. Thx

**Can you meet now?**

GM. I was already passed out. My sleeping patterns have been adjusted with babies. I'm local today. Meetings with CSMC. Let me know how your day looks.

AM

30,

Robin

I think I figured out PL today on our P&L call.

Aaron Robin

Never mind.

.34

,

Aaron Robin

Floors at Seaview should be done this week.

Aaron Robin



Contact]

**This looks new**

Robin

It is.

June

Just closed us another Mormon. FYI

Strong plan in place for the Chico's. If you'd like details, well, fell free to reach out.

. 06, 8

Robin

I've been in the process of moving Steeve Henry over to Centinela. I've hired his replacement already. Reider & Joe both aware. Too many hands in the pot sometimes gets messy. Let me know if there are any questions I can gladly fill you in.

11

Aaron Robin

Any thoughts of Andy Johnson at Point Loma. Wasn't sure if you were still looking to place him. Lmk.

1    AM

[Unknown Contact]

He's an alcoholic big time.

8:01

Aaron Robin

He does have issues. Let's pass. Lol.

Robin

I'm back in LA. Let me know if you want to meet up tonight.

Aaron Robin

Let me know if you're free this afternoon.

AM

Sunday, June 17, 2018

[Unknown Contact]

What time can we meet tonight?

6:08 PM

Robin

My wife & I are going to a dinner party tonight. Perhaps afterwards if it's not too late or first thing in the morning if that works for you?

4 PM

June 9,

What time can you meet?

Aaron Robin

I'm at office in meetings now, I have appointments at 1:30 & 4 and then another at 8pm. I can meet in between the 4pm and 8pm or after the 8pm or first thing in the morning. What works for you?

**After 8**

Robin

Ok

Wednesday

Aaron Robin

Hello. Sorry to text so late, but just got home. Can we plan to meet in the morning?

**How's 10:30**                                                                                      1

Aaron Robin

See you then.                        AM

**11:00**                                                                        10:14 AM

Thursday,      21,      8

4:59

**Call me**

Aaron Robin

Just wrapped up. Now good?                        PM

**10 minutes**

July 01  2018

:25 PM

**I'm up till 2:00AM so don't say you didn't want to call so late**

Monday, July 02, 2018

Aaron Robin

Was asleep. Headed to office shortly. Let me know when you're available.                        AM

Alameda at 26                        PM

Hello. Noon still work or later?

[Unknown

**Did you talk to Wasserman yet?**                        AM

Robin

Yes

on

The project is in motion. Hope to be done next week. Lots of info
to compile. Called those two ladies. Both said no.                    .35

Please call me                                                        PM

8

Call me                                                               7

Aaron Robin

It was the police chief in Redding. I'm getting the details & will
send your way.

You should take the chance to meet him anyway. BTW, Carol sent
me the QASP scores and Redding is in the toilet. Speak to her
while your there.

Aaron Robin

Understood. I'll speak with Carol. What would you like me to do     11:16
for him?

Aaron Robin

One of our physicians & one employee also lost their home with all   11:1
belongings. Very sad

[Unknown Contact]

Find out his situation. Did he have insurance? Etc...                7 AM

Aaron Robin

Checking. Should know later today.                                   AM

Do you have time to check out a facility near Sacramento?           12:16 PM
Confidential

Aaron Robin

When do you need me there?                                           12:21

Page 23

[Unknown Contact]

**Today or tomorrow**

Robin

I'm in OC today (Orange) Riverside tomorrow (Alta). Many preset meetings. Would Sunday or Monday work?     1

**I thought you were in Northern California**     12:28

**I thought you were in Northern California**     1     PM

**It's in Carmichael**     PM

I was. I'm back.

Aaron Robin

Currently in OC.     PM

**Who can go to Carmichael?**

Robin

Stand by.     1

Aaron Robin

I'll get one of my people that I trust out there if it needs to be today/tomorrow. Let me know if that works for you.

[Unknown Contact]

**It's empty and decertified, but it's very nice. I need to call the owner to see when he'll meet us there.**     PM

Wednesday,     22, 2018

Aaron Robin

Hello. I'm sorry to bother you. Just wanted to ask if you received the letter I sent you from Rabbi Krause about the boy that needs some help getting into yeshiva. Not money, just a phone call. I usually don't get involved with these things, but the father called me again and your name obviously carries weight. Thank you.     PM

August     2018

**I didn't get a letter. What's his name.**

Aaron Robin

Yosef Chaim Moses. I just resent.    AM

I called Rabbi Krause. This is not for elementary school. It's for a high school.    AM

Robin

Correct. Rabbi Krause told this boys father that a phone call from you would make the difference.

To who?    AM

Aaron Robin

I'm thinking the Rosh Hashiva. I'll ask,

Aaron Robin

Rabbi Shlomo Gottesman: to be with Rav Shapiro (323) 317-2026    AM

Aaron Robin

Or Rabbi Gross from Yeshiva Gedola.    AM

Aaron Robin

In 10 min.    AM

September

[Unknown Contact]

Please call me

Aaron

2 min    12:37

September 14,

Aaron Robin

Good morning. Do you have time to meet with me today?    AM

Aaron Robin

Hey. Not sure if you missed my text earlier. I'm hearing a lot of noise out there. Was hoping to meet with you before you leave town. I have great respect for you & hope that this noise doesn't get in the way of our friendship. I fear that people are out there manipulating things in order to put us at odds to benefit themselves.    PM

[Unknown Contact]

Can you meet now?    5:19

Page 25

Shevua Tov. Sorry, took Shabbos in early. How about tomorrow? Any time you want, I'll be there.

18,

Would you like to meet after YOM KIPPUR for a few minutes because I'm leaving that night to Israel for 3 weeks.                    '28

Would you like to meet after YOM KIPPUR for a few minutes because I'm leaving that night to Israel for 3 weeks.

Aaron Robin

I would. Gmar Hatima Tova

[Unknown

How is 10:30 PM?                                               3:32

Aaron Robin

Sure.                                          3:32

Aaron Robin

I'll text prior                                        PM

Just saw this. Come at 10:30 PM and text me from outside so I make sure nobody's here.                              4:04

Robin

You're embarrassed to be seen with me now?              PM

Robin

Lol. I'm kidding, will do.                 PM

19, 2018

Aaron Robin

Hi Shlomo. Hope you had a meaningful fast. Unfortunately, I wont be able to make it tonight. I have to tend to a personal issue that came up during Yom Tov. How about tomorrow morning?

[Unknown Contact]

I'll be in Israel

[Unknown Contact]

You need to decide tonight or in 3 weeks. Please let me know.

Good morning. Sorry, but was dealing with a personal situation. How about a brief call?    7:04

Aaron, I think with everything going on, we can gain a lot by us sitting together without any attorneys and figuring out how to work together?

Aaron

I'm fine with that. It should be in a mutually acceptable location.

[Unknown Contact]

Agreed

How about tomorrow morning 10am at Harry Nelson's office?    PM

I'd prefer meeting anywhere besides Attorneys offices. Also, as you know, I'm not up at 10:00 AM. Can we meet in the evening anytime anywhere?    7:26 PM

Aaron Robin

I can meet 9:30/10pm tonight in the Sofitel lobby. Please confirm that it will be just you & I.    PM

Robin

Call u in 2

May    , 2019

Aaron Robin

Confirming 1pm.    AM

Aaron Robin

Please let me know if we are still on.    5 PM

Contact]

I need to postpone, as my Attorneys are waiting for clarification from your attorney on a few items. I'd rather have those items clarified so we can have a very productive conversation.

That's fine. But best to meet today if you truly want a productive meeting.    1

[Contact]

How's 3:15 at the Sofitel?                                           PM

Aaron

Better if earlier. I have a 5pm in Century City. Possible?          2:26

Or later?

Aaron Robin

Nu?

[Unknown

7:30?                                                               PM

Aaron Robin

Okay. See you at 7:30 Sofitel.                                      PM

Confirmed                                                           PM

[Unknown Contact]

I'm sitting near the registration desk.                            PM

Aaron

2 min.                                                             7:36

Thursday, May 02, 2019

Aaron Robin

Good morning. Am I suppose to get back to you or you me?           11:12

[Unknown Contact]

Stroll says he has to find it. Avi just has the lawsuit. I'm trying to
finish this already. What is the total amount to drop the suit      11:22 AM
COMPLETELY.

[Unknown Contact]

And what payment terms you would agree to. Stroll said you got
your last paycheck and you got $50,000, so that goes out of the     AM
calculation.

Aaron Robin

I'll pull right now. The $50k was not cashed & returned to
Rockport. Stroll is aware.                                         11

[Unknown

He says you cashed the checks

Aaron Robin

Nope. The $50k was not. He should verify.

**Text me the amount. DO NOT Email. This is not everyone's business.**

AM

Robin

Sure.

11

[Unknown

**Give me the amount and we'll deal with the $50,000 afterwards. It's easy to verify.**

Aaron Robin

$649,305.12 is exact.

Aaron Robin

No fines, penalties etc.

11:34 AM

Aaron Robin

That's the straight number.

11

**Is that the number that gets everything released? I don't know what a straight number is.**

11

Robin



AM

FYI

11.36

Yes. That's the number.

:36

Straight number meaning what was owed; does not include fines and penalties. That's not needed.

1

It was a lot higher last night. What am I not understanding.

1:39 AM

Aaron

Correct. The fines & penalties were very high. Over $500k. $157k for just paying final check so late. I don't need any of that if we can resolve between us.

11:44

Aaron Robin

Given today's activity, I'll assume no line in the sand. Silly, but is what it is.

May 28, 2019

Aaron Robin

Shlomo, you reached out to me a month ago with the following;

"Aaron, I think with everything going on, we can gain a lot by us sitting together without any attorneys and figuring out how to work together?"

I'd like to know if you have any intention of paying me monies owed.

I already have come to the conclusion that poaching of staff will continue although we both knew it was silly. I just don't understand your position here. I'm available to meet as your schedule permits.

7/9/2019                                    100 emails

## Mesa Verde

7 messages

**From:** Steven Stroll <SStroll@rockporthc.com>
**To:** Cheryl Martinez <CMartinez@rockporthc.com>
**At:** Wed, Jun 17, 2015 at 12:41 PM

Cheryl:

Per Mike's email below, the following payments from Mesa Verde have been approved by Shlomo R.  Please cut the checks today and FedEx them to Mesa Verde for signature:

- MVHC Capital, LLC – 100,000

- Center Street Management – 100,000

- Axiom Healthcare Group – 50,000

- LTC Consulting – 50,000

- Rockport – 50,000

Thanks,


Steven Stroll

Chairman

Rockport Healthcare Services

5900 Wilshire Blvd., Suite 1600

Los Angeles, California 90036

T: 323.330.8506

sstroll@rockporthc.com




**From:** Lesnick, Mike [mailto:mikel@axiomhc.com]
**Sent:** Tuesday, June 16, 2015 1:27 PM
**To:** Steven Stroll
**Subject:** FW: Cash Update Request for some cash payments
**Sensitivity:** Confidential


Steven ,


Below is my email to Shlomo and his response.  I know this does not finalize the issues we need to discuss, but it gets us moving in the right direction.  Please call me if you have any questions.  Can you give the appropriate instructions to the

7/9/2019                                                        100 emails

Rockport staff that need to cut the checks? Can you mail the Center Street Management, Axiom and LTC Consulting checks
to my Brookhurst address? For those 3 checks please make them out to :

| | | |
|---|---|---|
| • Axiom - past due accounts payable amount $50,000 | Axiom Healthcare Group | Reduces AP balance by |
| • LTC- past due accounts payable amount by $50,000 | LTC Consulting | Reduces AP balance |
| • Old Ownership Group – LOAN REPAYMENT $100,000 | Center Street Management | Reduces LOAN balance by |

Thank you


Mike




**From:** Shlomo Rechnitz [mailto:qhc27@aol.com]
**Sent:** Thursday, June 11, 2015 6:53 AM
**To:** Lesnick, Mike
**Subject:** Re: Cash Update Request for some cash payments


Approved.


Shlomo

Sent from my iPad


On Jun 11, 2015, at 4:01 AM, Lesnick, Mike <mikel@axiomhc.com> wrote:

        Shlomo


        I know we have a number of issues to discuss with respect to Mesa Verde


        I will meet with you when you get back to LA to talk about them all.


        I need some cash soon and Mesa Verde has $1.4  MILLION in the bank today

7/9/2019                                        100 emails

I am respectfully requesting the following in advance of our meeting to discuss the broader issues:


Mesa Verde pays the following at this time:


- Loan Payment to Shlomo (either the original loan or remodel loan)      $100,000
- Loan Repayment to Old Ownership Group                                              $100,000


Please note - I know this differs from the 2/3 to 1/3 ratio we discussed for the loan payments until you are paid off but, since The old ownership group have never received any payments I am asking for this ONE TIME 50/50 distribution.


- Pay Rockport retro fees  (part of an amount to be determined)                    $50,000
- Pay Axiom Past Due Balance (part of the bigger amt due)              $50,000
- Pay LTC Consulting Past Due Balance (part of the bigger amt due)      $50,000


I know there are additional issue to be addressed, but I am asking for these 5 payments to be authorized by you so we can Instruct Rockport to cut these checks ASAP


Michael Lesnick

Axiom Healthcare Group

Michael's Mailing Address

18627 Brookhurst St    #341

7/8/2019                                             100 emails

Fountain Valley, CA 92708

Cell     714-323-5968

Office  714-594-5720

Fax     714-658-0535

"All That We Can Be"

**From:** Administrator - Mesa Verde Healthcare [malito:Administrator@mesaverdehealthcare.com]
**Sent:** Wednesday, June 10, 2015 5:40 PM
**To:** Shlomo Arnold; Brad Gibson; Lesnick, Mike
**Cc:** Aaron Robin; Aneta Ayrapetyan
**Subject:** Cash Update

| | |
|---|---|
| Union Bank Balance | $1,477,210.50 |
| Pending Office Deposit | $48,274.12 |
| Adjusted Balance | $1,525,484.62 |
| Outstanding checks | $70,557.18 |
| 6/8 Check write | $18,033.02 |
| Utilities | $7,756.51 |
| Other checks | $10,877.40 |
| Adjusted Balance | $1,418,260.51 |

Joseph Munoz

Administrator

949-289-1937 (cell)

The materials in this message are private and may contain information that is privileged and confidential, Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

## Fwd: Census analysis-July 4th 2017-final-1.xlsx
1 message

**From:** Steven Rieder <stevenrieder@gmail.com>
**To:** Aaron Robin <Aaronrobin1@gmail.com>
**At:** Thu, Jul 6, 2017 at 8:00 AM

Begin forwarded message:

> **From:** Wayne Sanner <WSanner@rockporthc.com>
> **Date:** July 6, 2017 at 7:27:15 AM PDT
> **To:** Brigitte Coleman <BColeman@rockporthc.com>, Brittany Wallach <BWallach@rockporthc.com>, Gerlyn
> Ricacho <GRicacho@rockporthc.com>, Jonathan Weiss <JWeiss@snfoperations.com>, Marcus Weenig
> <MWeenig@burlingameLTC.com>, Steven Rieder <SRieder@snfoperations.com>
> **Subject: FW: Census analysis-July 4th 2017-final-1.xlsx**
>
> Team,
>
>
> FYI.  As you can see, this does not look very favorable for Division 2.  It is imperative that this is our top priority.
> We need to apply appropriate pressure to operations and sales to shift the performance this week.  We also
> need to have our clinical services team review any residents in house still within a 30 day window and have
> them reviewed for skillable needs and services if applicable.
>
>
> Wayne M. Sanner
>
> Chief Operations Officer – Division 2
>
> Rockport Healthcare Services
>
>
> **From:** Vince Hambright
> **Sent:** Wednesday, July 05, 2017 10:52 PM
> **To:** Wayne Sanner
> **Subject:** FW: Census analysis-July 4th 2017-final-1.xlsx
>
>
> FYI….Shlomo asked Alan Ma for this census analysis.
>
>
> *Vince Hambright,  CEO*
>
> *Rockport Healthcare Services*
>
> *5900 Wilshire Blvd·*
>
> *Suite 1600*
>
> *Los Angeles, CA 90036*



7/8/2019                                              100 emails

*323-330-6569 office*

*714-457-8880 cell*

**From:** Alan Ma
**Sent:** Wednesday, July 05, 2017 10:25 AM
**To:** Vince Hambright
**Subject:** FW: Census analysis-July 4th 2017-final-1.xlsx

Alan Ma

Chief Financial Officer

Rockport Healthcare Services

(323) 330-8500 Office

(323) 330-8519 Direct

ama@rockporthc.com

**From:** Alan Ma
**Sent:** Wednesday, July 05, 2017 10:19 AM
**To:** 'Shlomo Rechnitz'
**Subject:** RE: Census analysis-July 4th 2017-final-1.xlsx

Updated to compare to May.

Alan Ma

Chief Financial Officer

Rockport Healthcare Services

(323) 330-8500 Office

(323) 330-8519 Direct

ama@rockporthc.com

**From:** Shlomo Rechnitz [mailto:qhc27@aol.com]
**Sent:** Wednesday, July 05, 2017 9:44 AM
**To:** Alan Ma
**Subject:** Re: Census analysis-July 4th 2017-final-1.xlsx

7/9/2019                                                    100 emails

But that date was also low. I'd like you to compare it to the date you compared it to last time.

Sent from my iPad

On Jul 4, 2017, at 9:49 PM, Alan Ma <AMa@rockporthc.com> wrote:

That was the date of the last spreadsheet I sent you.

Sent from my iPhone

On Jul 4, 2017, at 8:37 PM, Shlomo Rechnitz <qhc27@aol.com> wrote:

Why did you choose 6/17?

Sent from my iPad

On Jul 4, 2017, at 8:25 PM, Alan Ma <AMa@rockporthc.com> wrote:

Here you go. I'm headed out now to a 4th of July BBQ, for about 2 hours.

The materials in this message are private and may contain information that is privileged and confidential. Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

<Census analysis-July 4th 2017-final-1.xlsx>

The materials in this message are private and may contain information that is privileged and confidential, Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

The materials in this message are private and may contain information that is privileged and confidential, Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

The materials in this message are private and may contain information that is privileged and confidential, Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

7/9/2019                                        100 emails

The materials in this message are private and may contain information that is privileged and confidential, Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

1/1

7/9/2019                                                      100 emails

**Re: Test**
3 messages

From: Aaron Robin <aaronrobin1@gmail.com>
To: Shlomo Rechnitz <qhc27@aol.com>
At: Sat, May 2, 2015 at 11:36 PM

Got it.

Thanks,
Aaron Robin

> On May 2, 2015, at 11:27 PM, Shlomo Rechnitz <qhc27@aol.com> wrote:
>
> Dear Carol,
> The most important issue to me is to remain amicable with you. It's a small world and even a smaller industry. From the moment we met, I was hooked to your true nature, honesty and integrity. I'm not going to text or call you again as I'm sure it's becoming annoying.
> However, I will tell you that I feel bad for you that in the end, there is no question in my mind that you will be burned. Your head was stuffed with lies about Shlomo and his Company. I've dealt with Shlomo for many years now and he is the most caring, truthful individual that I know. If he would agree to meet with you, it would be 100% confidential irregardless of the outcome. Shlomo has a team of superstars, all who have looked beyond the lies borne by jealous competitors. His body is so big just to accommodate his large heart.
> At the end of the day, there is no question that they are keeping you temporarily. Blood is thicker than water and David Johnson will be your boss sooner than later! They'll tell you ANYTHING to keep you temporarily and you know that inside. If this is a question of more compensation, we can discuss that as well. I'm leaving you with a recent video which was a surprise tribute to Shlomo when he was honored recently. It should give you better perspective of his priorities.
> I would hate to see Rockport hire someone else this week, and you realize at the end what a irreparable and grave mistake you made.
>
> Aaron
>
> Sent from my iPad

1/3

From: <qhc27@aol.com>
To: aaronrobin1@gmail.com
At: Sat, May 2, 2015 at 11:38 PM

Thank You for sending your email.
If this is request is regarding Charity, Please email the details to Shlomocharity@gmail.com

Thank You.

2/3

From: Aaron Robin <ARobin@rockportha.com>
To: "Aaron Robin (Gmail)" <Aaronrobin1@gmail.com>
At: Sat, May 2, 2015 at 11:38 PM

Thanks,
Aaron Robin

Begin forwarded message:

> From: Shlomo Rechnitz <qhc27@aol.com>
> Date: May 2, 2015 at 11:27:14 PM PDT
> To: Aaron Robin <arobin@rockportha.com>
> Subject: Test

Dear Carol,
The most important issue to me is to remain amicable with you. It's a small world and even a smaller industry. From the moment we met, I was hooked to your true nature, honesty and integrity. I'm not going to text or call you again as I'm sure it's becoming annoying.
However, I will tell you that I feel bad for you that in the end, there is no question in my mind that you will be burned. Your head was stuffed with lies about Shlomo and his Company. I've dealt with Shlomo for many years now and he is the most caring, truthful individual that I know. If he would agree to meet with you, it would be 100% confidential irregardless of the outcome. Shlomo has a team of superstars, all who have looked beyond the lies borne by jealous competitors. His body is so big just to accommodate his large heart.
At the end of the day, there is no question that they are keeping you temporarily. Blood is thicker than water and David Johnson will be your boss sooner than later! They'll tell you ANYTHING to keep you temporarily and you know that inside. If this is a question of more compensation, we can discuss that as well. I'm leaving you with a recent video which was a surprise tribute to Shlomo when he was honored recently. It should give you better perspective of his priorities.
I would hate to see Rockport hire someone else this week, and you realize at the end what a irreparable and grave mistake you made.

Aaron

Sent from my iPad

This information in this message are private and may contain information that is privileged and confidential. Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information, within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED, and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or safeguarding of these documents and delete this message.

3/3

EXHIBIT
tabbies
6

7/9/2019                                    100 emails

**Recent hotspots - recaps, pain, pressure ulcer**
1 message

From: Tammy Pirhalayef <TPirhalayef@rockporthc.com>
To: _DON - Rockport <_DON@rockporthc.com>, _Staff Development - Rockport <_StaffDevelopment@rockporthc.com>
At: Fri, May 1, 2015 at 3:35 PM

Good afternoon,

We're seeing an uptick in concerns over pain management and pressure ulcer management, and the common factors in these incidents appear to be recaps and physician order transcription. Please take some time to ensure that the policies and tools Rockport has provided for the recap process, pain management and pressure ulcer management are completely implemented in your facility—especially validating the efficacy of your recap process and 3-way med cart check, ensuring you've got all necessary medications as ordered. I've attached some of these policies and tools here.

Your QA Consultant will be following up to assist during the next visit.

Thank you,

Tammy Pirhalayef, RN, BSN, MBA

**Chief Clinical Officer**

Rockport Healthcare Services

P: (323)330-8999 Ext.807

C: (323)773-8989

F: (888)805-8848

E: tpirhalayef@rockporthc.com

5805 Wilshire Blvd., Ste. 1600

Los Angeles, California  90036

The materials in this message and pages and may contain information that is privileged and confidential. Protected Health Information within the meaning of the Health Insurance Portability and Accountability Act (HIPAA) and/or Medical Information within the meaning of the Confidentiality of Medical Information Act (CMIA). If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, copying, forwarding, printing, distribution or the taking of any action in reliance on the contents of this information is STRICTLY PROHIBITED and may be unlawful. If you have received this message by error, or have reason to believe that you are not authorized to receive it, please notify the sender immediately to arrange for return or destruction of these documents and delete this message.

1/1