GARCIA & ARTIGLIERE
Stephen M. Garcia, State Bar No. 123338
Matthew M. Coman, La. State Bar No. 23613 (Pro Hac Vice)
edocs@lawgarcia.com
One World Trade Center, Suite 1950
Long Beach, California  90831
Telephone:  (562) 216-5270
Facsimile:  (562) 216-5271

Attorneys for Relators

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, EX REL. MICHAEL WASSERMAN, M.D. AND AARON ROBIN,<br><br>Plaintiffs,<br><br>vs.<br><br>SHLOMO RECHNITZ; ROCKPORT ADMINISTRATIVE SERVICES, LLC and Does 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-06697-JWH-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)

Plaintiff-Relators MICHAEL WASSERMAN, M.D. and AARON ROBIN ("Relators") hereby submit this Notice of Voluntary Dismissal of the above-captioned matter, dismissing the claims alleged in this matter WITHOUT PREJUDICE as to the Relators, the United States of America, and the State of California, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

### RELATORS' REQUEST FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff-Relators MICHAEL WASSERMAN, M.D. and AARON ROBIN, hereby request that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of their claims against the defendants in this action, including but not limited to, their claims for reasonable attorney's fees, expenses and costs. The Defendants in this action have not been served with the Complaint. Dismissal under Rule 41(a) is, therefore, appropriate.

DATED: May 10, 2021                    GARCIA & ARTIGLIERE

By: *Stephen M. Garcia*
Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators

### CONSENT OF THE UNITED STATES OF AMERICA AND STATE OF CALIFORNIA

In the interests of justice, the Attorneys General of the United States of America and the State of California, through their undersigned attorneys, hereby consent to the dismissal of this action without prejudice as to the United States and the State of California.

| | | |
|---|---|---|
| 1 | DATED: May 10, 2021 | BRIAN BOYNTON |
| | | Acting Assistant Attorney General, Civil Division |
| 2 | | TRACY WILKISON |
| | | Acting United States Attorney |
| 3 | | DAVID M. HARRIS |
| | | Chief, Civil Division |
| 4 | | DAVID K. BARRETT |
| | | Chief, Civil Fraud Section |
| 5 | | ABRAHAM C. MELTZER |
| | | Deputy Chief, Civil Fraud Section |
| 6 | | Assistant United States Attorneys |

JAMIE ANN YAVELBERG
ANDY J. MAO
NELSON WAGNER
Attorneys, Civil Division
United States Department of Justice

/S/ Nelson Wagner per e-mail authorization

JOHN E. LEE
Assistant United States Attorney
United States Attorney's Office
Central District of California
Attorneys for the United States of America

/S/ John E. Lee per e-mail authorization

DATED: May 10, 2021

ROB BONTA
Attorney General of the State of California

/S/ Randy Glaser per email authorization

_____
RANDY GLASER
Deputy Attorney General

Attorneys for the State of California

GARCIA & ARTIGLIERE
ONE WORLD TRADE CENTER, SUITE 1950
LONG BEACH, CALIFORNIA 90831
TELEPHONE (562) 216-5270 • FACSIMILE (562) 216-5271

## ATTESTATION

I hereby attest that the other signatories listed, on whose behalf this document is filed, concur in its content and have authorized its filing.

DATED: May 10, 2021

**GARCIA & ARTIGLIERE**

By: _/s/ Stephen M. Garcia_
Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record for all parties via the Court's ECF system on May 10, 2021.

_/s/ Stephen M. Garcia_
Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators